UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chauncey Girard

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

(Comm) Eric Gutwein   (co) Frank Polito
(Supt) Jamie Lamanwa  (co) Tina Tomas
(SGT) Chauntel Elmore (co) Evis Rios
(SGT) Michel Blot     (DR) Edwin Uzu

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No


RECEIVED
JUL 28 2020
PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Assualt and Battery, Deliberate Indiffernce to excessive force / Denial of medical

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Chauncey / Girard
First Name    Middle Initial    Last Name

Chauncey Girard
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

11A1352
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Clinton C.F. P.O. Box 2001 Dannamora New York 12929
Current Place of Detention

Clinton C.F.
Institutional Address

Clinton Dannamora      New York      12929
County, City             State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Eric
Last Name: Gutwein
Shield #:
Current Job Title (or other identifying information): Commissioner
Current Work Address: Harriman State Campus
1220 Washington Ave Albany NY 12226
County, City / State / Zip Code

**Defendant 2:**
First Name: Jamie
Last Name: Lamanna
Shield #:
Current Job Title (or other identifying information): Superintendent
Current Work Address: Green Haven C.F.
Stormville   New York   12582
County, City / State / Zip Code

**Defendant 3:**
First Name: Michel
Last Name: Blot
Shield #: (SGT)
Current Job Title (or other identifying information): Green Haven C.F.
Current Work Address: Stormville   New York   12582
County, City / State / Zip Code

**Defendant 4:**
First Name: Chauntel
Last Name: Elmore
Shield #: (SGT)
Current Job Title (or other identifying information): Green Haven C.F.
Current Work Address: Stormville   New York   12582
County, City / State / Zip Code

Defendant 5: Frank Polito
Name (First) (Last)
Correction Officer
Job Tittle
Green Haven CF PO Box 4000
Current Work Address
Stormville New York 12582 Zip Code
County City State Shield #

Defendant 6: _____
Name Elvis Rios
(First) (Last)
Correction Officer
Current Job Tittle
Green Haven C.F. PO Box 4000
Current work address
Stormville New York 12582
County City State Shield # Zip Code

Defendant 7: Edwin Uzu
Name (First) (Last)
Doctor
Job Tittle
Green Haven C.F. PO Box 4000
Current work address
Stormville New York 12582
County City State Shield # Zip Code

Defendant 8: _____
Tina Thomas
Name (First) (Last)
Correction Officer
Job Tittle
Green Haven C.F. PO Box 4000
Current work address
Stormville New York 12582
County City State Shield # Zip Code

Defendant 9: Jane Doe

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: Green Haven CF Po Box 4000 Stormville N.Y. 12582

Date(s) of occurrence: 7-31-2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. (See Pages Attached 5-10)

On the Date of 7-31-2018 I Requested "Emergency Sick Call" at this time (CO) Tomas responded by calling The (SGT) Chauntel Elmore and (CO) Frank Polito at this time I had a Stomach Injury that gave me problems breathing, a left shoulder injury that Due to Surjury gave me loss of Range of motion (see Medical Record Dated 9-11-2017) before the assault happened at this time my locking location was G-Block 348 cell in which (SGT) Elmore and (CO) Frank Polito requested me to put my hands behind my back to be handcuffed I stated that my arm has loss of range of motion, and they stated a Direct order, so dispite the fact I had Injures and did not consent to the handcuffing I was placed in handcuffs inside the cell then taken out and was placed on the wall where (CO) Frank Polito Sexually molested me by grabing inside of my pants and said nice, I asked (SGT) Elmore her name because she was standing there and didn't do anything to prevent the sexual assault I was then taken off of 3 company in which witnesses Harris Din 95A4995 and Antonio Mc neil 16A2532 witnessed the assault upon going off of 3 company going on 2nd company and on 2nd company going to the first company I was then swung at by (CO) Frank Polito and with Melicous Evil intent unwarented which no medical staff were call as Standard Predure to the response of Emergency Sick Call accompanied by (CO) Ros I was Repeatedly assaulted in handcuffs

(see Pages attached 5-10)                                    Page 4

United States District Court
Southern District of New York _____x

Case No. 

Chauncey Girard

-against-

Jamie Lamanna (Supt)
Eric Gutwinne (Commissioner)
(Sgt) Chauntel Elmore
(Sgt) Michel Blot
(Co) Elvis Rios
(Co) Frank Polito        (Co) Tina Tomas
(Dr) Edwin UZU
_____x

Please be advised that the plaintiff in the above Case and caption would request that this Court would add and amend his Complaint with the above additional persons would take "Adverse action" in which they had a "Causal connection" in which the Plaintiff would have a "Protected Conduct" a right to Emergency Sick Call all acting malicious to hurt the plaintiff in Concert to the Original Complaint the Plaintiff now request to make a "~~Amended~~ Complaint" ~~~~~~~~~ here are the acts as followed:

On the date of 7-31-2018 around 10:30 am Stemming from a Previous stomach /Chest Injury I had chest pains and stabs in in my stomach which I the Plaintiff could not breath(See Declarations 1-3 ) so I requested "Emergency Sick Call" from Defendent(Co) Tina Tomas of G- Block Green Haven C.F. P.O. Box 4000 Stormville New York 12582 in which Directive 2124 was nt followed in which requires the medical unit to come to your destination when your unable to breath. Fifteen minutes later instead of a emergency response from a medical unit Defendent (Co) Frank Polito and Defendent (Sgt) Chauntel Elmore would show up to the housing unit of G-Block 348 locking location and order the plaintiff to turn around to be handcuf inside the cell in order to obtain medical services which Violates the plaintiffs due process of Law (Buckner v Hollins 983 F2d 119 123 8th Circut 1993) while inside of housing unit G-348 cell behind the back . Defendent (Co) Polito then opened the cell pursuant order and by force (Co) Polito pushed plaintiff and I went to the wall at this time the Plaintiff was then sexually groped by (Co) Polito then the defendent Frank Polito , unwarrented put his hands Down the plaintiffs pants and ~~~~~~ grabed his genitals and said nice

(5)

Plaintiff tryed to move away( Lewis V Richard 109 F3d 544 553-54 7th Cir (1997) Plaintiff turned tward Defendent (Sgt) Elmore and asked her for her name 5th Amend and 14th Amend Violation ,with Violation of Directive 4028A and 8th amendment violations (Sgt) Chauntel Elmore gave plaintiff her name Plaintiff was still in bad pain besides being humiliated still continued to go with the trip without medical emergency response.(See medical records previous of 2-24-2018 Exhibit 4 Emergency response was done by Directive 2124 . Upon walking from the third deck to second deck the plaintiff was just about to go to the first deck gallery Correction officer defendent Frank Polito pulled his pin and punched me in the face willfully and maliciously without Provaction or just cause. I tryed to run away and get away from being hit on the second deck gallery 5 Company where others could see the assault and battery take place (Co) polito Continued to punch plaintiff in the face and in the stomach (See Exhbit 5 Pictures) and(Exhibit 6 Medical records 8-1-2018 of blood inside of Urine) . Then (Co) Elvis Joined him left his post and began to punch the plaintiff so he was getting hit on both sides handcuffed behind the back Defendent Polito punched plaintiff twice in the face and once in the stomach,defendent (Co) Elvis Rios hit the plaintiff in the face twice willfully and maliciously unwarrented.(Locicero v ocnnell 419 F Supp 2d 521 428-29 SDNY 2006) also Hudson v Mc Millian 503 US (9-10 1992) Plaintiff recived abrasions on his wrist that were visable after 9 days from the Assault and Battery in handcuffs behind the back Exhibit 7 Medical record 8-8-2018 plaintiff still had these abrasions on wrist. (Corselli v Coughlin 842 F2d 23 27 2d Cir 1988 ,Also see Moore v Agosto  93 Civ 4835 1996 WL 125660 at (SDNY) March 20th 1996. The Deliberate Indifference from Defendent (Sgt) Chauntel Elmore during the assault would violate the Plaintiff's 8th Amend and the violation of the directive Chapter 5 250.2(a)(b)(c)(d)(e)(f) and (g) to be free from assault and to be without mechanical restraints as a way as a"Disiplinary action" being deliberatly Indifferent to the medical needs of plaintiff with "Evil Intent" Induced by the defendent Elmore.(Smith v Wade 461 US 30 56 103 Sct 1640 75 Led 2d 632 651(1983) These Officers Defendent 's (Co) Frank Polito and (Co) Elvis Rios then Both sprayed Plaintiff with Maliciousness and brutality Continued to assault the plaintiff this was  unprovacted and without warrent as the Plaintiff was on th

(6)

The second Company floor and Defendent(Sgt) Michel Blot would come and join into the assault he began to push and hit and punch the plaintiff and pushed the plaintiff down the stairs and once in front of G-Block still hitting and Punching these assaults were not warrented and malicious , and then with evil Intent to hurt the plaintiff the defendent (Sgt) Micheal Blot would willfully Order Defendent (Co) Polito to throw the plaintiff down on the concrete face first to cause pain and suffering while the plaintiff was still hancuffed behind his back defenseless in where plaintiff would bust his eye wide open and on his lft eye would need stitches Blood was everywhere (See Exhibit 5 Pictures and See Exhibit 8 Medical records from outside hospitol 8-1-2018 at this time plaintiff started to yell in anguish and (Sgt) Blot and (Co) Polito with (Co) Elvis Rios would began to all beat the plaintiff on the floor this beating was unwarrented and meliciously done to hurt plaintiff until I stopped yelling then they grabed me and escourted the plaintiff down the hall and just before you get to the hallway going to the S.H.U. E - Block hallway on the Corner of Building 2 Plaintiff would open his right eye and state (Sgt) Blot and Defendent (Sgt) Micheal Blot would cause more pain and anguish and punch the plaintiff in the right eye and bust it wide Open (See Exhibit 5 Pictures and Exhibit 8 Medical records from 8-1-2018 from outside hospitol Putnum) . Also see Declarations from Hilbert Stanley 08A3572 to confirm Exhibit 9 ) and also Exhibit 10 Declaration from Jamie Bowman 11-A-1833 both Sworn to on the 21st of August 2018 Who are both willing to testify on behalf of the Plaintiff and who would also be witnesses to being subjuct to assaults by Staff in handcuffs in this Correctional Facility Green Haven

Griffin v Crippen 193 F.3d 89 91-92 2 Cir 1999) Smith v Marcellus 917 F Supp 108 171-73 WDNY they the Defendent(s) tryed to Cover up the assault by further bringing the plaintiff to S.H.U. Plaintiff was never taken to his Emergency Sick Call Request, Blayden v Macusi 186 F3d 252 ,264 (2d Cir 1999) also see Merriweather v Coughlin 879 F2d 1037 1048(2nd Cir 1989)Jones v Huff  784 F Supp 535-36 NDNY 1992 false Charges were brought upon the plaintiff to cover Up the assault as well which would Violate Administraitive Directive Chapter 5 250.2 (e)(g) Disiplinary actions were Arbitrary and Capricios in advert action against the plaintiff to hurt his pending 1983 action and to retaliate for revenge. Due to the fact that the Plaintiff did not do anyth[...]

(7)

did not do anything wrong and was with Injury(s) that caused
the Plaintiff stitches and scaring Concusion and Internal bleeding
Plaintiff would only recive the medical attention that was needed
because he stated that he was suidcidal ,and Due to the fact that
the Green Haven had a full Observation Unit Plaintiff was taken
to DownState Correctional Facility where he stayed the night bleeding
Internally until the next day he was taken to the Infirmary where
Plaintiff was then rushed to the outside hospitol and given treatment
for his pending Injurys (Hudson v Mc Millian 503 US 1,9,10 (1992)
Davdson v Flynn 32 F3d 27 29 (2d Cir 1994) Plaintiff recived more
then deminimus Injury(s) his face was three times his normal face
size ,,a Eye fracture of his right eye socket has still not been
treated , a Internal Stomach Injury and a left shoulder Injury
that he has limited range of motion in would take away the plaintiffs
normal way of living, Plaintiff Suffered Pysical and mental Permanet
Injury Plaintiff still has unresolved Injury(s) from this Unhumane
assault and battery inside of handcuffs behind the back from requesting
emergency Sick Call that was un warrented Cruel and Unusual punishment
8th Amendment violation . After being brought back to the same place
of assault the plaintiff latter grieved this assault and battery
sexual assault and failure to protect ,with medical Indifference,
and it was under"PREA"Guidelines (See Grievance 90072-18)Plaintiff
also wrote Superintendent Jamie Lamanna Sworn to before on 9-10-2018)
Exhibit(s) 9 and 10) in which (Supt) J Lamanna would become Personally
involved by being deliberately Indifferant to the Saftey and Security
(Dep) Russo would be Contacted in the same infront of Albany and
Personally Continued to argue with Plaintiff instead of reassuring
the saftey and Security of the Plaintiff in front of Mr. Amoto(See
Exhibit 11 Affidavit ) Nothing was done to help the Plaintiff Defendent
(Sgt) M. Blot was even allowed to further threaten the plaintiff
on Camera (see Exhibit from Jamie Boman Affidavit Sworn to on 8-15-2018)
in which the plaintiff's life was threatened to be killed by the same
Officer that beat him up inhandcuffs and wouldbe known for assaultive
behaivor on offenders,Poe v Lenard 282 F3d 123 140 2d Cir 2002 Merris v
Eversley 206 F Supp 2d 234-42 SDNY . The PREA Investigation was not
in accordance to the "Prea" Directive (Sgt) Goings and (RN) Felix
would fail to report this prea Violation to OSI as Directed by Directive
4028A 5(6) in accordance to 0700 Directive this never happened, in

(8)

which the personal involvement would be adverse action and due to there deliberate Indifference it was never reported to an Outside agency . During the time that the Plaintiff was at Green haven still he was denied the right to medical Defendent Edwin UZU would knowingly know that the plaintiff would have a limited range of motion in his left shoulder and would violate the plaintiff's eighth Amend by not giving him a front handcuff pass in whibh plaintiff had a medical callout for his left shoulder and would be subject to an atempted assault by Officers (Sgt) Kat and (Co) Colombo in which plaintiff was subject to them trying to force the plaintiff to be handcuffed behind the back (See Exhibit 12 Afidavit from David Mead dated 9-18-2018 Declaration) stating the personal Involvement Denial of medical Attention. there was front handcuff Chains they would try to get me into the the back handcuffs to assault me again. Smith v wade 461 U.S 30 56 103 S.ct 1640 75 Led 2d 632 651 (1983) . Plaintiff would exsplain this to the Hearing Officer Eric Gutwien and the hearing officer would show "adverseAction" by becoming apart of the Deliberate indifference it was told to him that these charges were fake and not real Instead the Defendent Gutwien would not give judgement based on the light of or the wieght of the evidence and instead became a personal liabilty By Violation of Due Process(Brook v Scully 132 Misc 2d 513 519 504 NYS 2d 389 Sup ct 1986 also see Giano v Sullivan 709 F Supp 1209 1215 (SDNY 1989) and Burke v Coughlin 97 AD 2d 862 469 NYS 2d 240 242 (3rd Dept 1983) Moye v Selsky 826 FSupp 712 716-17 SDNY 1993 and the fact that defendent Eric Gutwein's judgement would have predetermined judgement and would Violate the Plaintiffs right to call witnesses 2 out of 11 witness were called no refusal forms were signed plaintiff showed all evidence to show that he the plaintiff was assaulted by staff in handcuffs behind the back for requesting emergency Sick Call, Defendent Gutwien would not make Judgment based on the facts of the hearing and defendent (Co) Polito's failure to refute the facts that stated at the hearing . Frances v Coughlin 891 F2d 43 96 (2d Cir 1989) Wolff V Mc Donnell 418 U.S. 539 564 94 Sct 2963 2979 41 Led 935(1974) (See Exhibit 13 Dated sept 10th 2018) the Testimony of Harris 95A4995 and of A Mc Neil 16A2532 . The plaintiff would request that the Declarations of all persons would testified and was not afforded the right to testify and wanted

(9)

to would be afforded a chance to recive declarations of Harris 95A4995 and A Mc neil 16A2532 and Defendent Eric Gutwein's Personal Involvement , and Not making a determination based on the overwelming Evidence or Contradiction of testimony , and or the failure to refute the facts that the plaintiff was assaulted sexually by (Co) Frank Polito in handcuffs and the Violation of due process by trying to decive the plaintiff by bribe to say that he would release , plaintiff from S.H.U. in return for the non testimony of Defendent(sgt) Elmore the failure to not give the charges against within 24 hours or the fact that the plaintiff did not recive a disposition from the Defendent Eric Gutwein at all (See Exhibit s  14 and 15 ).
Dr Edwin UZU Defendent would cancel the plaintiff's MRI that was scheduled (See Exhibit 16 Grievance 90326-18 and would become personally involved Deliberate Indifferant to the plaintiff's Injury's and needs for medical Loyd V lee 570 F.Supp 2d 556 568-69 (SDNY 2008) Delaying treatment causeing more pain and anguish to Injury Brock V Wright 315 f3d 163(2d Cir 2003) Cole V Fischer 416 Fed App 111 ,113(2d Cir 2011) and the fact that the plaintiff still has serious Injury's in his right eye socket and in his left shoulder in which gives him trouble doing regular activities and human functions Roehl v dalsheim 85 F3d  86 88 2d Cir 1996 All of the said defendent(s) that are Mentioned in this Amended Complaint are personally involved in the Assault and battery that took Place on 7-31-2018 to the plaintiff in which Plaintiff requested Emergency Sick Call and was further Assaulted causeing more pain to already exsisting injuries Being,Deliberate Indifferant,failed to Protect .

For the Extreme Pain and Suffering of the above mentioned the Plaintiff would request the Punitive damages of 5,000,000,.00 the sum of five Million dollars for the Assault and battery in Handcuffs Deliberate Indifferenc to Medical and Failure to Protect. and sexual assault by staff and any additional releif the Court deems Just and Proper.

Dated: _____

I Have read the forgoing Complaint and hereby verify that the matter alleged therein are trueas Information and belief and as to those matters I believe them to be true Under Penalties of Perjury CPLR 2106 that the foregoing is true and Correct.

in the face 2 twice in face and punched once in stomach by Co Polito and I was hit in face 2 twice in face by (Co) Rios all in handcuff they also spray me with mace over and over 3 times and instead of reciving the medical treatment needed I was accompanied by (SGT) Micheal Blot in which he also continued to assault me as well in which his assaults caused stitches to my face and scaring tissue (see pictures and medical Record from 8-1-2018) also see declarations from Hilbert Stanley 08A3572 and Jamie Bomes 11-A-1833 sworn to August 21th 2018, Plaintiff was then unlawfully confined in SHU where Henry Oller Eric Gutwein was Arbitary and Capricious instead of helping became personally Involved These Injuries today have still not been treated (see pages 5-10 of complaint attached)

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I recived Injuries on top of the already esisting injurys, my stomach was bleed internally, where I had Blood inside of my urine (See Medical Records 8-1-2018) a fractured eye socket Right eye Left shoulder would need another surjury procedure, back has gotten worst I can't do regular activites throvut the day, I wake up everyday in pain. Its hard to breath due to stomach Injury and its hard to move around going to the bathroom geting out of Bed Due to Back Injury. I also have mental anguish in which I had to recive Counseling for and medication to go to sleep over 36 session of counseling

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like the money damages of 5,000,000.00 dollars for the relief of physical pain and Suffering, Mental anguish During and after the medical expenses for surjury and other medical treatment to reabilitate my injuries after surjury, PTSD medication and Mental reabilitation treatment sessions.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 7-23-2020 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |
| Chauncey | Grand |
| First Name        Middle Initial  T | Last Name |
| Clinton C.F.     PO Box 2001 | |
| Prison Address | |
| Dannamora | New York | 12929 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

Chauncey C.          A1302
Clinton C C
PO Box 2001
Dannemora New York 12929

Date: 7-23-2020

United States District Court
Southern District Court Daniel Patrick
Moynihan United States Court House 500 Pearl Street
Room 230
New York, New York 10007

Dear Clerk of the Court

Good Day to you.

Please be advised that I am respectfully submitting this Completed 1983 with Poor Person papers for the Assault and Battery and the Medical Deliberate Indifference Complaint. Thank You.

Thank You for your time and Consideration

CC:

Respectfully

NEW YORK STATE

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Chauncey Grad    DIN: 14A1352

RECEIVED
JUL 28 2020
PRO SE OFFICE

— Legal Mail —

07/24/2020
US POSTAGE $000.85
ZIP 12929
041M11272305

United States District Court
Southern District Court Daniel
Patrick Moynihan United States Court
House 500 Pearl Street
Room 230
New York, New York 10007