11/12/19 [illegible]15:22 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4783
HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : GRT MEAD GEN
REFERRAL DATE : 11/17/15 09:06A TELEMED: N<N>
TYPE OF SERVICE: X-RAY - SKELETAL
URGENCY OF CARE: URGENT

REFERRAL NUMBER: 15485099.01
REFERRAL TYPE : INITIAL
REFERRAL STATUS: *CANCELED*
INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: HOWARD SILVERBERG, MD
REVIEWED BY: HOWARD SILVERBERG, MD

REASON FOR CONSULTATION: N MAIL N FAX USER: 11/17/15 09:06A C040MJK
( LEFT SHOULDER X-RAY C/O CHRONIC PAIN WITH LIMITED ROM )
( )
( EXAM DONE 11-17-15 )
( )
( )

==========================================================================

DECISION: A APPROVED 11/17/15

DECISION COMMENTS: USER: 11/17/15 09:06A C040MJK
( )
( )
( )

==========================================================================

CANCEL REASON: 03 SEEN-NOT SCH USER: 11/17/15 09:06A C040MJK

==========================================================================

REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : GRT MEAD GEN REFERRAL NUMBER: 15485061.01M
REFERRAL DATE : 11/17/15 08:56A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PHYSICAL THERAPY REFERRAL STATUS: SEEN
URGENCY OF CARE: ROUTINE INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: HOWARD SILVERBERG, MD APPOINTMENT: 01/05/16 08:30A
REVIEWED BY: HOWARD SILVERBERG, MD POS: GREAT MEADOW CF
PROV: ABENES, NELSON-PTH

REASON FOR CONSULTATION: N MAIL N FAX USER: 11/17/15 08:56A C040HES
( IM WITH CHRONIC LEFT SHOULDER PAIN FROM BICEPS TENDONITIS. INTERFERING WIT )
( H LIFTING, CARRYING, ADL'S. HAS NOT RESPONDED TO TIME, REST, NSAIDS. X-RA )
( YS HAVE BEEN NEGATIVE. REQUESTING EVALUATION AND TREATMENT. )
( )
( )

---

DECISION: APPROVED 11/17/15
DECISION COMMENTS: USER: 11/17/15 12:31P OAPSDEJ
( APPROVE PTH INITIAL EVAL LEFT SHOULDER PAIN )
( ACG: A-0528 (AC) )
( DEJRN/APS )

---

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL
POST-CLINIC COMMENTS: USER: 01/05/16 04:40P C040REB
( )
( )

---

*ADDITIONAL COMMENTS: 00

HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY
DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : GRT MEAD GEN
REFERRAL DATE : 11/10/15 07:16P TELEMED: N<N>
TYPE OF SERVICE: PRIMARY CARE
URGENCY OF CARE: SOON
REFERRAL NUMBER: 15476686.01
REFERRAL TYPE : INITIAL
REFERRAL STATUS: SEEN
INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: JAMES THOMSEN, RN
REVIEWED BY: HOWARD SILVERBERG, MD
APPOINTMENT: 11/17/15 08:00A
POS: GREAT MEADOW CF
PROV: HOWARD SILVERBERG, MD

REASON FOR CONSULTATION: N MAIL N FAX USER: 11/10/15 07:16P C040JMT
( IM HAS SHOULDER SLIDING IN AND OUT X9MTHS, UNABLE TO LIFT ARM X 9 MTHSFOR F )
( RISK )
( )
( )
( )

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL

POST-CLINIC COMMENTS: USER: 11/17/15 08:31A C040HES
( )
( )

HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : GRT MEAD GEN REFERRAL NUMBER: 15462032.01
REFERRAL DATE : 11/02/15 01:45P TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PRIMARY CARE REFERRAL STATUS: *CANCELED*
URGENCY OF CARE: ROUTINE INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: MARY S. HARRIS, RN
REVIEWED BY: HOWARD SILVERBERG, MD

REASON FOR CONSULTATION: N MAIL N FAX USER: 11/02/15 01:45P C040MSH
( CORRESPONDENCE SHOULDER BACK AND STOMACHE PAINS )
( )
( )
( )
( )

================================================================================

DECISION: A APPROVED 11/02/15

DECISION COMMENTS: USER: 11/02/15 01:45P C040MSH
( )
( )
( )

================================================================================

CANCEL REASON: 09 ENTRY ERROR USER: 11/10/15 07:15P C040JMT

================================================================================

HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : GRT MEAD GEN REFERRAL NUMBER: 15423672.01
REFERRAL DATE : 10/07/15 01:25P TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: ANCILLARY/OTHER REFERRAL STATUS: SEEN
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: CHRISTINE WATKINS, RN APPOINTMENT: 10/15/15 08:00A
REVIEWED BY: HOWARD SILVERBERG, MD POS: GREAT MEADOW CF
PROV: CHRISTINE WATKINS, RN

REASON FOR CONSULTATION: N MAIL N FAX USER: 10/07/15 01:25P C040CTW
( BP CHECK )
( )
( )
( )
( )
===============================================================================

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL

POST-CLINIC COMMENTS: USER: 10/15/15 10:24A C040RLB
( BP-149/87 P-90 )
( )
===============================================================================

11/12/19 14:15:39 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4783 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT
REFERRING FAC : CLINTON GEN REFERRAL NUMBER: 15153941.01
REFERRAL DATE : 04/13/15 09:20A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: NURSE PRAC SERVICES REFERRAL STATUS: *CANCELED*
URGENCY OF CARE: SOON INTERPRETER:

---

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: RONALD DUMONT, RN
REVIEWED BY: KATIE CALLEY, NP

REASON FOR CONSULTATION: N MAIL N FAX USER: 04/13/15 09:20A C020RDD
( CHRONIC LT SHOULDER AND BACK ISSUES STATES NO RELIEF FROM OTC )
( )
( )
( )
( )
===============================================================================
DECISION: A APPROVED 04/13/15

DECISION COMMENTS: USER: 04/13/15 09:20A C020RDD
( )
( )
( )
===============================================================================
CANCEL REASON: 01 NOT MED NEC USER: 05/01/15 11:36A C040CTW

===============================================================================

HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : UPSTATE GEN REFERRAL NUMBER: 15118905.01
REFERRAL DATE : 03/20/15 09:30A TELEMED: Y<Y> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PSYCHIATRY REFERRAL STATUS: *CANCELED*
URGENCY OF CARE: ROUTINE INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: OMH PSYCHIATRIST
REVIEWED BY: OMH PSYCHIATRIST

REASON FOR CONSULTATION: N MAIL N FAX USER: 03/20/15 09:30A C840SLS
( HUNGER STRIKE EVALUATION )
( )
( )
( )
( )

===========================================================================

DECISION: A APPROVED 03/20/15

DECISION COMMENTS: USER: 03/20/15 09:30A C840SLS
( )
( )
( )

===========================================================================

CANCEL REASON: 06 PROV REQUEST USER: 07/18/16 07:16A C040CTW

===========================================================================

11/12/19 14:15:41 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4783 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT
REFERRING FAC : UPSTATE GEN REFERRAL NUMBER: 15116614.01
REFERRAL DATE : 03/19/15 08:36A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: X-RAY - OTHER REFERRAL STATUS: *CANCELED*
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: GLENN STANFORD SCHROYER,
REVIEWED BY: GLENN STANFORD SCHROYER,

REASON FOR CONSULTATION: N MAIL N FAX USER: 03/19/15 08:36A C840PAR
( LEFT SHOULDER )
( )
( )
( )
( )
================================================================================
DECISION: A APPROVED 03/19/15

DECISION COMMENTS: USER: 03/19/15 08:36A C840PAR
( )
( )
( )
================================================================================
CANCEL REASON: 06 PROV REQUEST USER: 07/18/16 07:16A C040CTW

================================================================================

REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : UPSTATE SHU REFERRAL NUMBER: 15068090.01
REFERRAL DATE : 02/17/15 10:25A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: X-RAY - OTHER REFERRAL STATUS: SEEN
URGENCY OF CARE: URGENT INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: MARY KOWALCHUK, PA APPOINTMENT: 02/17/15 08:00A
REVIEWED BY: MARY KOWALCHUK, PA POS: UPSTATE CF
PROV: PATTI ROBERTSON

REASON FOR CONSULTATION: N MAIL N FAX USER: 02/17/15 10:25A C840PAR
( LEFT FOREARM )
( )
( )
( )
( )
================================================================================

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL

POST-CLINIC COMMENTS: USER: 02/24/15 09:20A C840PAR
( NML FOREARM )
( )
================================================================================

11/12/19 14:15:43 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4783 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT
REFERRING FAC : UPSTATE SHU REFERRAL NUMBER: 15066570.01
REFERRAL DATE : 02/14/15 11:36A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: PHYSN ASST SERVICES REFERRAL STATUS: *CANCELED*
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: MARY KOWALCHUK, PA
REVIEWED BY: MARY KOWALCHUK, PA

REASON FOR CONSULTATION: N MAIL N FAX USER: 02/24/15 08:12A C840NER
( R RIB PAIN, C/O L SHOULDER PAIN )
( )
( )
( )
( )
==========================================================================
DECISION: A APPROVED 02/14/15

DECISION COMMENTS: USER: 02/14/15 11:36A C840EJW
( )
( )
( )
==========================================================================
CANCEL REASON: 99 TRANSFERRED USER: 04/13/15 02:44P C020CAO

==========================================================================

11/12/19 14:15:45 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4784 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : AUBURN GENER REFERRAL NUMBER: 15010914.01
REFERRAL DATE : 01/09/15 08:40A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: NURSE PRAC SERVICES REFERRAL STATUS: SEEN
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: ANNETTE BOYD, RN APPOINTMENT: 01/28/15 09:00A
REVIEWED BY: NANCY O'CONNOR-RYERSON, N POS: AUBURN CF
PROV: NANCY O'CONNOR-RYERSON, N

REASON FOR CONSULTATION: N MAIL N FAX USER: 01/27/15 06:25A C010BLG
( F / U FROM INFO )
( L SHOULDER & GI )
( )
( )
( )
================================================================================

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL

POST-CLINIC COMMENTS: USER: 06/03/15 09:04A C040FCM
( )
( )
================================================================================

11/12/19 14:15:46 NYS DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
HSC4784 HEALTH SERVICES SYSTEM
REQUEST AND REPORT OF CONSULTATION

NAME: GIRARD, CHAUNCEY DIN: 11A1352 DOB: 08/27/1982
CURRENT FAC: SOUTHPORT

REFERRING FAC : AUBURN GENER REFERRAL NUMBER: 14584446.01
REFERRAL DATE : 12/31/14 10:35A TELEMED: N<N> REFERRAL TYPE : INITIAL
TYPE OF SERVICE: X-RAY - OTHER REFERRAL STATUS: SEEN
URGENCY OF CARE: SOON INTERPRETER:

MEDICAL HOLD: NO TYPE: REASON CODE: EXP.DATE:
TRANSPORTATION : N WHEELCHAIR N NURSE N AMBULANCE N LITTER N HCA
SENSORIAL IMPAIRMENT:

REFERRED BY: PANG L. KOOI MD APPOINTMENT: 12/31/14 08:45A
REVIEWED BY: PANG L. KOOI MD POS: AUBURN CF
PROV: DEPT OF RADIOLOGY

REASON FOR CONSULTATION: N MAIL N FAX USER: 12/31/14 10:35A C010BLG
( CHEST, L/S SPINE, LEFT ELBOW )
( )
( )
( )
( )

==========================================================================

POST-CLINIC:

RECOMMENDED BY SPECIALIST: N FOLLOW-UP N PROCEDURE N NEW REFERRAL

POST-CLINIC COMMENTS: USER: 01/05/15 01:43P C010WCD
( NO FX,DISLOCATION,OR ARTHRITIC CHANGE )
( )

==========================================================================

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
GREAT MEADOW CORRECTIONAL FACILITY
INTERDEPARTMENTAL COMMUNICATION

TO: DEPUTY OF SECURITY

FROM: DR. H. SILVERBERG

DATE: FEBRUARY 12, 2016

SUBJECT: DIN#: 11A1352 INMATE: GIRARD CELL: B-4-18

The above mentioned inmate has been seen in the health unit and the following special need/needs have been ordered.

________ HE IS TO BE FED IN HIS CELL – effective until
________ HE IS TO LOCK ON THE FLATS – effective until
________ HE HAS BEEN ISSUED THE FOLLOWING TO BE effective until

BRACE:
CANE
CRUTCHES
OTHER:

________ to be worn on , to be effective until

___X___ HE HAS THE FOLLOWING RESTRICTIONS - effective until FEBRUARY 11, 2017
X NO LIFTING LEFT ARM ABOVE SHOULDER HEIGHT
CLIMBING STAIRS

OTHER:

HS/fcm

Cc: GUIDANCE OFFICE
B BLOCK OFFICER
PROGRAM COMMITTEE
INMATE
FILE

# ALBANY MEDICAL CENTER

Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
Phone: (518) 262-8440

Printed: 5/12/2015 6:42 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | GIRARD11A1352, CHAUNCEY | **Sex:** | M |
| **DOB:** | 08/27/1982 | **Pt. Class:** | X |
| **Accession No:** | 5310544 | **Order No:** | 90001 |
| **Med. Rec. No:** | 000000002362 | **Pt NS/Room:** | - |
| **Ordering Dr:** | FISHER NESMITH, PA | **Attending Dr:** | FISHER NESMITH, PA |
| **Patient Phone:** | () - | **Visit Number:** | 000000002617 |

***Final Report***

DATE OF EXAM: May 5 2015

RIBS, RIGHT (Acc#:5310544):

CLINICAL HISTORY: Right lower rib cage pain; evaluate for fracture.

RESULT: Three views of the right ribs are provided. The upper right ribs are not completely included on this exam.

The visualized right ribs are normal in configuration and patterns of mineralization. The visualized right lung is grossly clear. There is no evidence of a right-sided pleural effusion. The visualized thoracic vertebrae are normal in configuration, patterns of mineralization and alignment. The intervertebral disc spaces are well maintained.

IMPRESSION: There is no evidence of acute displaced linear fractures involving the visualized mid/lower right ribs.

Read by: MITCHEL CAMPITO MD
Report reviewed by: MITCHEL CAMPITO MD

Report reviewed and signed by: MITCHEL CAMPITO MD
Signed on: May 11 2015 5:47P

REVIEWED BY (init.) [signature] 5/19/15 DATE

- [x] NO ACTION IS REQUIRED AT THIS TIME
- [ ] REPORT TO SICK CALL
- [ ] FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
- [ ] FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
- [x] NOTIFICATION FORM COMPLETED AND DISTRIBUTED

FISHER NESMITH PA
GREAT MEADOWS CF
11739 ST RT 22 PO BOX 51
COMSTOCK NY 128210051

Transcriptionist: LJP On: May 11 2015 8:27A

11A1352

2 pages

Great Meadow 639-8673

# ALBANY MEDICAL CENTER

Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
Phone: (518) 262-8440

Printed: 7/21/2016 7:32 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | GIRARD, CHAUNCEY | **Sex:** | M |
| **DOB:** | 08/27/1982 | **Pt. Class:** | O |
| **Accession No:** | 5823993 | **Order No:** | 90004 |
| **Med. Rec. No:** | 000002667074 | **Pt NS/Room:** | OP MUL- |
| **Ordering Dr:** | HOWARD SILVERBERG, MD | **Attending Dr:** | HOWARD SILVERBERG, MD |
| **Patient Phone:** | (518) 639-5516 | **Visit Number:** | 000311459291 |

***Final Report***

DATE OF EXAM: Jul 18 2016

MRI SHOULDER-LEFT (Acc#:5823993):

RESULT: CLINICAL HISTORY: Chronic posttraumatic shoulder

COMPARISON:

TECHNIQUE: Routine post arthrogram MRI left shoulder following injection of the left glenohumeral joint with the gadolinium to saline solution.

Acromioclavicular joint unremarkable. Anatomic variant of an os acromiale. Mild increased signal distal supraspinatus tendon compatible with mild tendinosis. Mild increased signal distal infraspinatus tendon with mild subcortical cystic change posterolateral humeral head compatible with mild tendinosis. Teres minor muscle and tendon intact. No fluid within the subacromial subdeltoid bursa.

Linear cleft of contrast at the base of the biceps labral complex compatible with an anatomic variant of a sublabral sulcus. There is underlying mild biceps labral complex degeneration. Long head biceps tendon intact within the rotator cuff interval and bicipital groove.

Subscapularis tendon intact. Posterior subluxation of the humeral head with respect to the glenoid fossa. Irregular high signal within the posterior glenoid labrum from the posterior inferior to the posterior superior quadrant

Anterior labrum IGHL intact. MGHL intact.

In the axial plane, mild posterior subluxation humeral head with respect to the glenoid fossa. Linear high signal extending through the chondral labral junction of the posterior glenoid labrum from the posterior inferior to the posterior superior quadrant compatible with nondisplaced partially detached tear. Degenerative subchondral cyst formation posterior glenoid rim from the posterior inferior to the posterior superior quadrant. Imaging findings suggests posterior shoulder instability.

Articular cartilage glenohumeral joints preserved.

1.0 x 0.8 cm well-corticated ossicle in the subscapularis recess lateral to the base of the coracoid process compatible with an osteochondral loose body.

IMPRESSION:

Mild posterior subluxation humeral head with respect to the glenoid fossa. Nondisplaced partially detached tear posterior glenoid labrum from the posterior inferior to the posterior superior quadrant. Degenerative subchondral cysts

HOWARD SILVERBERG MD
318 BROADWAY

FORT EDWARD NY 12828

Transcriptionist: PSC On: Jul 19 2016 11:33A

# ALBANY MEDICAL CENTER

Albany Medical Center Hospital
43 New Scotland Avenue
Albany, New York 12208
Phone: (518) 262-8440

Printed: 7/21/2016 7:32 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | GIRARD, CHAUNCEY | **Sex:** | M |
| **DOB:** | 08/27/1982 | **Pt. Class:** | O |
| **Accession No:** | 5823993 | **Order No:** | 90004 |
| **Med. Rec. No:** | 000002667074 | **Pt NS/Room:** | OP MUL |
| **Ordering Dr:** | HOWARD SILVERBERG, MD | **Attending Dr:** | HOWARD SILVERBERG, MD |
| **Patient Phone:** | (518) 639-5516 | **Visit Number:** | 000311459291 |

posterior inferior to the posterior superior glenoid rim. Correlate for posterior shoulder instability.

Anterior labrum IGHL intact.

Anatomic variant of a sublabral sulcus of the biceps labral complex with underlying mild biceps labral complex degeneration.

1.0 cm osteochondral loose bodies subscapularis recess, lateral to the base of the coracoid process.

Anatomic variant of an os acromiale with mild hypertrophic changes at the synchondrosis. This may indicate a symptomatic os acromiale. Mild supraspinatus and infraspinatus tendinosis without rotator cuff tear.

Signed by Phuong Vinh, MD 7/19/2016 11:33 AM

**Read by: PHUONG VINH MD**
**Report reviewed by:**

**Report reviewed and signed by: PHUONG VINH MD**
**Signed on: Jul 19 2016 11:33A**

REVIEWED BY (init) [signature] 7/22/16 DATE

- [ ] NO ACTION IS REQUIRED AT THIS TIME
- [ ] REPORT TO SICK CALL
- [ ] FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
- [x] FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
- [x] NOTIFICATION FORM COMPLETED AND DISTRIBUTED

HOWARD SILVERBERG MD
318 BROADWAY

FORT EDWARD NY 12828

Transcriptionist: PSC On: Jul 19 2016 11:33A

**Mitchell Rubinovich, M.D.**
**107 E. Chestnut Street, Suite 106, Rome, NY 13440**
**PHONE: 315-338-9200 FAX: 315-338-9202**

8/12/2016

Grn Haven

Dr. Howard Silverberg
Great Meadow Correctional Facility
11739 State Route 22
P.O. Box 51
Comstock, New York 12821-0051

RE: Chauncy Girard
DIN#: 11A1352

Dear Dr. Silverberg :

Thanks for sending Chauncy back to see me today. He is a gentleman who had an injury when someone jumped on his shoulder while he was lying on the floor. This occurred a year ago. He has been left with pain and difficulty moving the shoulder since that time. We tried a course of physical therapy, but he was in too much pain to tolerate the physical therapy.

On exam right now, I can passively get him up to about 80 degrees of forward flexion, maybe 40 degrees of abduction. He has pain at the extreme of either of these movements. I cannot move the shoulder far enough to see whether or not he has instability. He has normal sensation.

He has had an MRI study which shows damage to the posterior labrum and some tendinosis.

To be honest, I am really not sure what is going on with his shoulder. I cannot put the whole picture together to come up with a firm diagnosis. I would suggest we get him to see either one of the sport med docs, or one of the shoulder specialists to review his MRI study, and see if they have any ideas about what should be done.

Sincerely,

Mitchell Rubinovich, M.D.
MR/dh

# Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **GIRARD, CHAUNCEY** | State ID: | 3129843 |
| Case Number: | 279729 | Gender: | Male |
| DOB: | 08/27/1982 | DIN: | 11-A-1352 |
| Admission Screening Date: | 03/20/2015 | | |

Unit: 715 Elmira OMH Satellite Unit

Note Unit : 715 Elmira OMH Satellite Unit

Entered By: 431501 Bautista, Fatima J

Date: 06/12/2019

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:58 am | | 715 | | Psychiatrist Note |

**Notes: PSYCHIATRIC PROGRESS NOTE (356 MED CNYPC)**
MED 15 DIAGNOSES: (primary diagnosis should be listed first with a "P" notation)

**Psychiatric Diagnosis:** Adjustment Disorders, Unspecified (P); ASPD
**Medical Diagnosis:** GERD, right upper abdominal pain; NKDA

**CHIEF COMPLAINT** AND **CURRENT ISSUES**: (include complaints, preoccupations, worries, issues, etc.): Patient was seen at Elmira CF by VTC. Patient is not on psych meds. Hewas on keep lock for 23 days for unopened mail. Today he stated that his mood is "I feel all right". He denies any thoughts and plans to hurt self. He keeps busy by reading books. He keeps busy with reading nd music. He shared having pain and "hard to breath" on the right side. He was encouraged to see medical. He was informed the need to comply with group/ verbal therapy.

**CHANGES IN MEDICAL STATUS**: (include lab work, etc.): None

**MENTAL STATUS EXAMINATION AND CHANGES:** (include stable/not stable: response or lack of response to treatment, improving (not), de-compensating: Appropriately groomed; good eye contact; mood is neutral, affect is congruent with mood, full range, speech is coherent and logical, thought content clear, thought process organized and goal directed, he denies thoughts and plans to hurt self or others, memory and cognition- good, alert and oriented x3, impulse control -fair, insight and judgment -fair.

**ASSESSMENT OF SUICIDE RISK**: (Describe suicide risk warning signs /triggers (IS PATH WARM, Prison based, or Individual) which are present or indicate "none are present: No warning signs present. CSRA was reviewed. He denies any thoughts and plans to hurt self. He has not engaged in self-harm behaviors.

**ASSESSMENT/CURRENT DIAGNOSTIC IMPRESSION/PLAN**: (Include changes to diagnoses and/or treatment options. Indication for each psychiatric medication must be documented either here, below in the Medication Section or in the Physician: Patient is presents with oppositional behavior that is not related to any form of depression or paranoid delusions. He has admitted in sessions with therapist that he problems with officers. Pt is showing stability without psych meds. Continue verbal therapy.

**LIST OF ALL CURRENT PSYCHIATRIC AND MEDICAL MEDICATIONS**: (include all current medications from transferring unit/facility including medical medications at the first visit after transfer. For subsequent notes, list all current psychiatric medications and any updates to medical medications. Include dose and frequency for each medication listed):

**Psychiatric Medications:**
None
**Medical Medications:**
None
**Revisions or changes to medications.** (Include dose, route, frequency and indications): See list
**MEDICATION EDUCATION PROVIDED** (check when provided): No psych meds

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| | | | |
|---|---|---|---|
| **Patient Name:** | **GIRARD, CHAUNCEY** | State ID: | 3129843 |
| Case Number: | 279729 | Gender: | Male |
| DOB: | 08/27/1982 | DIN: | 11-A-1352 |
| Admission Screening Date: | 03/20/2015 | | |

Unit: 715 Elmira OMH Satellite Unit

**FOLLOW -UP**: (indicate next appointment): 6 months

Staff: 431501 Bautista, Fatima J Title: Psychiatrist 1 Date: 06/12/2019

Confirmed By: 431501 Bautista, Fatima J Date: 6/12/19 11:33 am

Title: Psychiatrist 1

**Electronically Signed By: Bautista, Fatima J On 6/12/2019 11:33:14AM**

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

2

NYS Office Of Mental Health - MHARSII

# Progress Note -Single Detail

43 Central New York Psychiatric Center

**Patient Name:** GIRARD, CHAUNCEY
Case Number: 279729
DOB: 08/27/1982
Admission Screening Date: 03/20/2015

State ID: 3129843
Gender: Male
DIN: 11-A-1352

Unit: 715 Elmira OMH Satellite Unit

Note Unit : 715 Elmira OMH Satellite Unit

Entered By: 431501 Bautista, Fatima J

Date: 08/14/2019

| Time | Description | Svc Unit | Duration | Note Code |
|---|---|---|---|---|
| 9:54 am | | 715 | | Psychiatrist Note |

**Notes: PSYCHIATRIC PROGRESS NOTE (356 MED CNYPC)**
MED 15 DIAGNOSES: (primary diagnosis should be listed first with a "P" notation)

**Psychiatric Diagnosis:** Adjustment Disorders, Unspecified (P); R/O PTSD; ASPD
**Medical Diagnosis:** GERD, right upper abdominal pain; NKDA

**CHIEF COMPLAINT** AND **CURRENT ISSUES**: (include complaints, preoccupations, worries, issues, etc.): Patient was seen at Elmira CF by VTC. Patient is not on psych meds. He stated he "feel like jittery and scared". He denies any thoughts and plans to hurt self. Pt stated he feels this way when he sees officers and homosexuals. He stated in 2011 he was seen in county jail and reported that he was assaulted in 2009 "by a few people". Pt is guarded. His mood is "one minute good, another I feel scared'. He reports perceptual distortions "I hear voices, everyhting I'm thinking, I hear it". When asked if he hears his own voice, he answered "I hear thoughts of other people". Pt corresponds through mail with his aunt. His mother is deceased and he has nc contact with his father. He keeps busy by sitting around and reading. He has no programs. Benefits and side effects of Remeron were discussed, he has shown understanding. He agreed to start.

**CHANGES IN MEDICAL STATUS**: (include lab work, etc.): None

**MENTAL STATUS EXAMINATION AND CHANGES**: (include stable/not stable: response or lack of response to treatment, improving (not), de-compensating: Appropriately groomed; good eye contact; mood is anxious, affect is congruent with mood, affect is slightly guarded, speech is coherent, thought content has perceptual distortions; thought process goal directed, he denies thoughts and plans to hurt self or others, memory and cognition- good, alert and oriented x3, impulse control -fair, insight and judgment - fair.

**ASSESSMENT OF SUICIDE RISK**: (Describe suicide risk warning signs /triggers (IS PATH WARM, Prison based, or Individual) which are present or indicate "none are present: No warning signs present. CSRA was reviewed. He denies any thoughts and plans to hurt self. He has not engaged in self-harm behaviors.

**ASSESSMENT/CURRENT DIAGNOSTIC IMPRESSION/PLAN**: (Include changes to diagnoses and/or treatment options. Indication for each psychiatric medication must be documented either here, below in the Medication Section or in the Physician: Patient is presents with oppositional behavior that is not related to any form of depression or paranoid delusions. He has admitted in sessions with therapist that he problems with officers. Pt is showing stability without psych meds. Continue verbal therapy.

**LIST OF ALL CURRENT PSYCHIATRIC AND MEDICAL MEDICATIONS**: (include all current medications from transferring unit/facility including medical medications at the first visit after transfer. For subsequent notes, list all current psychiatric medications and any updates to medical medications. Include dose and frequency for each medication listed):

**Psychiatric Medications:**
Remeron 15mg PO PM - anxiety
**Medical Medications:**

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

3

NYS Office Of Mental Health - MHARSII

## Progress Note -Single Detail

43 Central New York Psychiatric Center

| **Patient Name:** | **GIRARD, CHAUNCEY** | State ID: | 3129843 |
|---|---|---|---|
| Case Number: | 279729 | Gender: | Male |
| DOB: | 08/27/1982 | DIN: | 11-A-1352 |
| Admission Screening Date: | 03/20/2015 | | |

Unit: 715 Elmira OMH Satellite Unit

None

**Revisions or changes to medications.** (Include dose, route, frequency and indications): See list

**MEDICATION EDUCATION PROVIDED** (check when provided): X

**FOLLOW -UP**: (indicate next appointment): 1 month

Staff: 431501 Bautista, Fatima J Title: Psychiatrist 1 Date: 08/14/2019

Confirmed By: 431501 Bautista, Fatima J Date: 8/14/19 1:02 pm

Title: Psychiatrist 1

**Electronically Signed By: Bautista, Fatima J On 8/14/2019 1:02:56PM**

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

4

Name: Girard, Chauncey | C#: 279729 | DIN #: 11a1352

107 MED CNYPC 06/15 OMH-PHI

Central New York Psychiatric Center

**SPECIAL HOUSING UNIT( SHU)/ LONG TERM KEEP LOCK (LTKL) MENTAL HEALTH INTERVIEW**

Name: Girard, Chauncey C#: 279729 DIN #: 11a1352 Date of Birth: 8/27/1982
Date of Placement in Green Haven SHU/LTKL: 7/31/2018
Date of Placement in SHU/LTKL:7/31/2018
Facility: Green Haven Correctional Facility
SHU/LTKL Sentence: Pending
Disciplinary Infraction: 104.11 VIOLENT CONDUCT 100.11 ASSAULT ON STAFF 106.10 DIRECT ORDER

Date/Time of SHU/LTKL Interview: 9/19/2018 Time: 907 AM / PM

Type of Evaluation: ☐ Intake ☐ 14 day ☑ 30 day ☐ 90 day ☐ Other:

Inmate/patient evaluated in: ☒ SHU/SHU 200 ☐ LTKL

On OMH Active Caseload at time of SHU/LTKL Placement ☒ Yes ☐ No

Referral Received: ☐ Yes ☑ No
Include reason for referral ( If applicable):

Private Interview (check applicable):
Inmate/ patient: ☐ Utilized private interview ☑ Refused private interview
Reason for refusal ( If applicable):

**MENTAL STATUS EXAMINATION REPORT**

**Appearance and Attitude:**

| | Yes | No |
|---|---|---|
| Appropriate Grooming: | ☒ | ☐ |
| Good Hygiene: | ☒ | ☐ |
| Alert: | ☒ | ☐ |
| Friendly: | ☒ | ☐ |
| Cooperative | ☒ | ☐ |
| Spontaneous: | ☒ | ☐ |
| Guarded: | ☐ | ☒ |

Other (Abnormalities of behavior/movement):

☐ Inmate/Patient reported having no problems and no interest in speaking with mental health staff at this time.

**Orientation:**

| | Yes | No |
|---|---|---|
| Time: | ☒ | ☐ |
| Place: | ☒ | ☐ |
| Person: | ☒ | ☐ |

☐ Inmate/Patient declined to answer questions for interview – no overt indication of disorientation

**Attention and Memory Impairment:**

| | None | Mild | Moderate | Severe |
|---|---|---|---|---|
| Concentration: | ☒ | ☐ | ☐ | ☐ |
| Recent Memory: | ☒ | ☐ | ☐ | ☐ |
| Remote Memory: | ☒ | ☐ | ☐ | ☐ |

☐ Inmate/Patient declined to answer questions for interview.

**Mood**

| | None | Mild | Moderate | Severe |
|---|---|---|---|---|
| Depression: | ☒ | ☐ | ☐ | ☐ |
| Anxiety: | ☒ | ☐ | ☐ | ☐ |

Fearful ☐ Elated ☐ Angry ☐

Feelings of Hopelessness ☐
Feelings of Helplessness ☐

**Affect**

Congruent with Mood ☒
Incongruent to Mood ☐
Blunted/Constricted ☐
Expansive ☐
Labile ☐
Flat ☐

☐ Inmate/Patient declined to answer questions for interview – no overt indication of emotional distress noted.

**Speech**

English Fluency: Good: ☒ Poor: ☐
Primary Language: English

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Coherent | ☒ | ☐ | Clear | ☒ | ☐ |
| Delayed | ☐ | ☒ | Mute | ☐ | ☒ |
| Pressured | ☐ | ☒ | Relevant | ☒ | ☐ |
| Perseverative | ☐ | ☒ | Productive | ☒ | ☐ |
| Circumstantial | ☐ | ☒ | | | |

Pace: Slow ☐ Appropriate ☒ Fast ☐

Volume: Low ☐ Appropriate ☒ High ☐

Rhythm: Appropriate ☒ Halting/Broken

☐ Unable to assess – limited sample of speech available to clinician due to inmate/patient declining to be interviewed.

OMH-PHI

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

| Name: Girard, Chauncey | C#: 279729 | DIN #: 11a1352 |
|---|---|---|

**Thought** Yes No

| | Yes | No |
|---|---|---|
| Disorganized: | ☐ | ☒ |
| Irrational: | ☐ | ☒ |
| Illogical: | ☐ | ☒ |
| Loose Associations: | ☐ | ☒ |
| Ideas of Reference: | ☐ | ☒ |
| Ideas of Influence: | ☐ | ☒ |
| Thought Blocking: | ☐ | ☒ |

☐ Unable to assess -- limited sample of speech available to clinician due to inmate/patient declining to be interviewed – no overt indication of thought disorder.

**Perception**

| | Yes | No |
|---|---|---|
| Auditory Hallucinations: | ☐ | ☒ |
| Other Hallucinations: (Specify) | ☐ | ☒ |

☐ Inmate/Patient declined to answer questions for interview – no overt indication of perceptual disturbance.

**Suicide/Homicide**

☒ No Thoughts or intent of suicide or self harm
☐ Reports recent/current thoughts of suicide/self harm
☐ Reports current intent of suicide or self harm
☒ No thoughts or intent of harming others
☐ Reports recent/current thoughts of harming others
☐ Reports current intent of harming others
☐ Inmate/Patient declined to answer questions for interview – Warning signs documented below based on available information.

**Prison-Specific Risk Factors:**

☐ Harassment/Threats
☐ Overwhelmed
☐ Transfer/Fear of Transfer
☐ Family Estrangement
☐ Loss/Rejection
☐ Adverse Parole/Court Outcome
☐ Gang-related Fears
☒ Sanctions/SHU

**Document Warning Signs of imminent suicide risk (IS PATH WARM):**

☐ Warning signs are not present.
☐ Warning signs are present (list warning signs below):

☐ Ideation
☐ Substance Abuse
☐ Purposeless
☐ Anxiety
☐ Trapped
☐ Hopeless
☐ Withdrawal
☐ Anger
☐ Reckless
☐ Mood Changes

Additional Info: Pt. was admitted to RCTP 3 times in a two week period in 2015 at Clinton and most recently admitted to RCTP 7/31/18 when he was admited to GH SHU for staff assault. Mr. Girard was admitted to Downstate CF RCTP as a 4301 from Green Haven CF on 7/31/18 after threats of self-harm following a use of force. He refused all private interviews with the exception of today's interview 8/8/18: Mr. Girard reports that he was assaulted and sexually assaulted at Green Haven CF. Patient states that he reported this to the Sergeant, and during that interview is when Patient stated "I'll kill myself before I go to SHU for something I didn't do." It is explained that Green Haven CF is Patient's permanent facility, and he will be transferred to a RCTP bed there. Patient reports "I am not going there. I'll kill myself or make them kill me." Team encourages Patient to willingly comply with the transfer. Patient adamantly refused and was held two more days before he complied and was d/c to GH SHU. Green Haven Observation Cell 08/08/2018 08/10/2018CNET notes one prior attempt to hang in upstated CF in March 2015. While housed in RCTP, pt. engaged in self-injurious behavior via reportedly biting his left arm on 8/6/18 while in RCTP. Patient has two scabbed over marks on his arm. He reports he did this because he does not want to return to Green Haven CF.Housed in SHU, single cell, violent crime, current sanctions, and ASPD personality traits, are noted risk factors at this time.Pt reports he was raised by his mother, with occasional contact from father. Pt reports he has a total of 15 siblings. Pt also has three children, ages 11,10 and 9.

UPDATE GHCF 5/15/2018

Patient reports that his aunt and sister are supportive.Records report pt started cannabis use at age 11 and alcohol use since age 15. Pt reports by age 17 he used these substances about every other day. He reports he attended Arms Acres rehab at age 17, and received outpatient substance use treatment in 2006 while incarcerated at Cape Vincent.Pt is stable, but is in need of monitoring. Any disturbance in behaviors may result in RCTP admission

**Psychiatric History**

History of outpatient treatment: Yes ☑ No ☐

Dates of most recent treatment: Pt. has not been placed in a special program while incarcerated.At 1/14/15 screening pt reports he was diagnosed with PTSD in 2010 or 2011 but did not specify where this diagnosis was made. Pt stated only that he is

**Insight/Judgment**

| | Good | Poor |
|---|---|---|
| Insight: | ☒ | ☐ |
| Understanding of current circumstances: | ☒ | ☐ |
| Judgment: | ☒ | ☐ |

OMH-PHI

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

6

| Name: Girard, Chauncey | C#: 279729 | DIN #: 11a1352 |
|---|---|---|

| | |
|---|---|
| scared of CO's and that he was "beat up". Pt did not provide any further information about this.<br>UPDATE GHCF 5/15/2018<br>Patient is currently a MH level 4, with a diagnosis of adjustment disorder unspecified.<br>History of Inpatient treatment: Yes ☑ No ☐<br>Dates of most recent treatment: Pt has no history of psychiatric hospitalizations.Pt denied a history of mental health services at reception. Pt. was admitted to RCTP 3 times in a two week period in 2015 at Clinton and most recently admitted to RCTP 7/31/18 when he was admited to GH SHU for staff assault. Mr. Girard was admitted to Downstate CF RCTP as a 4301 from Green Haven CF on 7/31/18 after threats of self-harm following a use of force. He refused all private interviews with the exception of today's interview 8/8/18: Mr. Girard reports that he was assaulted and sexually assaulted at Green Haven CF. Patient states that he reported this to the Sergeant, and during that interview is when Patient stated "I'll kill myself before I go to SHU for something I didn't do." It is explained that Green Haven CF is Patient's permanent facility, and he will be transferred to a RCTP bed there. Patient reports "I am not going there. I'll kill myself or make them kill me." Team encourages Patient to willingly comply with the transfer. Patient adamantly refused and was held two more days before he complied and was d/c to GH SHU. Green Haven Observation Cell 08/08/2018 08/10/2018 | ☐ Inmate/Patient declined to answer questions for interview. |

**Inmate/Patient participation in evaluation process (check applicable):**

☒ Inmate/Patient cooperated with evaluation

☐ Inmate/Patient did not cooperate fully with evaluation – available information from block officers and clinician observations provided no indication mental health issues or need for increased re-evaluation schedule.

**Disposition:**

☐ No indication for active mental health services

☐ Active screening to further assess need for mental health services

☐ Admit to mental health services. Patient informed of Patient Rights and Responsibilities on date

☒ Continue on active status

**Recommendations:** *Complete if admitted to services. Include initial treatment recommendations and admitting diagnosis.*

Signature: Adam Barton Title: SWII Date: 9/19/2018

OMH-PHI

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

MED CNYPC 360 (9/15)

| **CENTRAL NEW YORK PSYCHIATRIC CENTER**<br><br>**RCTP OBSERVATION/DORM INITIAL PROGRESS NOTE** | **Patient's Name: Girard, Chauncey**<br>**C#: 279729**<br>**DIN: 11A1352**<br>**Date of Birth: 08/27/82**<br>**Unit Name: 717**<br>**Date of Admission/Transfer to RCTP: 10/28/18** |
|---|---|
| Date &Time:<br>**10/29/18**<br>**11:20am** | Interview conducted in a confidential interview room: ☐ YES ☒ NO<br>If No, document reason: ***Overflow*** |

**REASON FOR ADMISSION:** Patient was admitted to RCTP after endorsing issues with security and anxiety as a result.

**SESSION CONTENT:** Patient was seen by RCTP treatment team today. He was smiling when team arrived. "I want to get out of here. I never for a disposition from being in SHU. I put in a FOIL request. I just didn't feel safe up there over the weekend." He further explained he was referring to safety from officers because he was previously assaulted according to him. He reports today that he feels safe. He has spoken to the sergeant and captain who has reassured him they will get him the information he is looking for and he is satisfied with this. Patient reports adequate sleep and appetite. He denies thoughts of harm toward self or others. He is stable and being discharged to SHU where he will continue follow up with OMH.

**RELEVANT MEDICAL ISSUES: DOCCS**

**MENTAL STATUS:**

**Appearance:** **Appropriate for setting.**
**Behavior:** **Calm.**
**Speech:** **Normal rate, rhythm, tone and volume.**
**Eye Contact:** **Good.**
**Impulse:** **Fair.**
**Attitude:** **Cooperative.**
**Mood:** **Euthymic.**
**Affect:** **Congruent.**
**Thought Process:** **Clear, Coherent and Goal-directed.**
**Perceptions:** **None reported or observed.**
**Delusions:** **None.**
**Sensorium:** **Alert.**
**Insight/Judgment:** **Fair.**
**Intellectual/Cognitive Functioning: Average.**

**SUICIDE RISK ASSESSMENT:**

1.) Are there any changes in acute or chronic risk factors or protective factors noted on the CSRA?
☐ YES ☒ NO If yes, describe briefly and update the CSRA:

2.) Describe warning signs/triggers which are present or indicate none present *(IS PATH WARM warning signs; prison-based or individual triggers)*: **None Present**

**Prison Specific Risk Factors:**

☐ Harassment/Threats ☐ Family Estrangement
☐ Overwhelmed ☐ Loss/Rejections
☐ Transfer/Fear of Transfer ☐ Adverse Parole/Court Outcomes
☐ Gang Related Fears ☐ Sanctions/SHU/LTKL

**Warning Signs of Imminent Suicide Risk (IS PATH WARM):**

☒ Warning signs are not present.
☐ Warning signs are present (list warning signs below):

☐ Ideation ☐ Anxiety ☐ Withdrawn
☐ Substance Abuse ☐ Trapped ☐ Anger

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.

| CENTRAL NEW YORK PSYCHIATRIC CENTER<br><br>RCTP OBSERVATION/DORM INITIAL PROGRESS NOTE | **Patient's Name:** Girard, Chauncey<br>**C#:** 279729<br>**DIN:** 11A1352<br>**Date of Birth:** 08/27/82<br>**Unit Name:** 717<br>**Date of Admission/Transfer to RCTP:** 10/28/18 |
|---|---|

Date &Time: **Error! Reference source not found. Error! Reference source not found.**

☐ Purposeless ☐ Hopeless ☐ Reckless ☐ Mood Change

Additional Info:

**DIAGNOSIS: (Indicate Primary Diagnosis with a "P")**

**Mental Health: Adjustment Disorder, Unspecified**

**RCTP-SPECIFIC TREATMENT PLAN:** *(To be used while in the RCTP Area during this stay ONLY)*

☒ **Patient was released after first clinical visit. Treatment Plan not indicated.**

**PLAN:** Patient is being discharged and will continue follow up with OMH.

**STAFF SIGNATURE:** *Colleen P. K. Gleason* **TITLE:** *Psychologist II* **DATE:** *10/29/18*

---

**PSYCHIATRIC ADVANCE DIRECTIVE:**

Is the inmate-patient Seriously Mentally Ill? ☐ YES ☒ NO

*(If "Yes", complete this section. If "No", this section is not applicable and should not be completed.)*

☐ Unable to discuss due to current mental status (check if applicable).

1.) Does the inmate-patient have a Psychiatric Advance Directive? ☐ Yes ☐ No
   a.) If "Yes", has the Advance Directive been reviewed with the patient? ☐ Yes ☐ No
   b.) If "No", does the patient want to develop an Advance Directive? ☐ Yes ☐ No

2.) If 1b) is "Yes": Psychiatric Advance Directive MED CNY 22 (11/12) completed on (date).

Comments:

---

**<u>**FOR USE ONLY WHEN AN INACTIVE PATIENT IS ADMITTED TO THE RCTP**</u>**

**PSYCHIATRIC HISTORY** *(to include inpatient history, outpatient history (both in community and in jail/prison), MHARS Portal, PSYCKES, Suicidal/Self-Harming, Behavior History):*

**DISPOSITION:**

☐ No indication for active mental health services

☐ Active Screen for further assessment *(Use RCTP DAILY NOTE (MED CNY 361) if still in RCTP for next visit.)*

☐ Admit to mental health services

**MENTAL HEALTH LEVEL TO BE ASSIGNED: 1**

**PATIENT NOTIFIED OF RIGHTS AND RESPONSIBILITIES ON:** (date)

This information is being released under the provisions of New York State Mental Hygiene Law, Section 33.16. Central New York Psychiatric Center accepts no responsibility if the information is redisclosed to other persons or agencies.



All Declairations By Hanely , Jamie Bowman , David Mead who were victums of Excessive Force and Deliberate Indifferance while in S.H.U.

Sworn to before me this

7th Day of May, 2021.

Deborah A. Gumbus
Notary Public

Deborah A. Gumbus
Reg. No. 01GU6304688
Qualified in Franklin County
Commission Expires June 2, 2022

Respectfully Submitted,

x

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
GREEN HAVEN CORRECTIONAL FACILITY

NOTICE OF ASSISTANCE – ASSISTANT FORM – PAGE 2

INMATE: Girard, C NUMBER: 11A1352 CELL: shu-25

TO BE COMPLETED BY ASSISTANT:

I INITIALLY MET WITH THIS INMATE ON 8/13/18 (DATE) AT 11:15 AM (TIME)

HE HAS REQUESTED THE FOLLOWING INMATES AS POTENTIAL WITNESSES:

| NAME: | DIN: | CELL: | AGREES TO TESTIFY: |
|---|---|---|---|
| Harris, R | 95A4995 | G6-343 | YES ✓ NO |
| Jacque, K | 18B1450 | G6-344 | YES ✓ NO |
| McNeil, A | 16A2532 | G6-345 | YES ✓ NO |
| Khan, W | 16A5172 | G6-350 | YES NO X |
| Brooks, R | 15B3011 | G5-243 | Y N X |
| Ellis, D. | 15B2507 | G5-244 | Y N X |
| Meyers, D | 12A0706 | G5-245 | Y N X |
| Louder, J | 17B3288 | A6-351 | Y ✓ N |

HE HAS REQUESTED THE FOLLOWING OTHER PERSONS AS POTENTIAL WITNESSES:

CO Roman (ID) Adam Barta (OMH)
Sgt Elmor

| OTHER REQUESTS: | ACTION TAKEN: |
|---|---|
| UI | ORDERED 8/14/18 |
| Camera Footage Shu 192 & 191 w/mic 12:15-12:20 | 191 & 192 } Request |
| CO Roman pictures of injury | } Request |
| Camera Footage Shu elevator w/mic 12:15 | Camera 33 } Request |
| Camera Footage Bldng 2 hallway | – No Camera |
| Camera Footage Mental Health area in Shu w/mic | 12:45 Camera 16 T/R |
| All injury reports pertaining to this incident | – UI |
| Will hand deliver to Girard UI upon receipt | [initials] |

TO BE COMPLETED AT CONCLUSION OF ASSISTANCE:

I HAVE INTERVIEWED WITNESSES, ASSISTED AS REQUIRED AND REPORTED TO THE INMATE CHARGED.

ASSISTANCE'S SIGNATURE: M Holland DATE: 8/14/18 TIME: 1:20

INMATE'S SIGNATURE: ______ DATE: ______ TIME: ______ } Refused till he gets UI

INMATE REFUSED TO SIGN WITNESSED BY: ______ DATE: ______

Personally Sworn Affidavit

Josh Louder
Green Haven C.F.
P.O. Box 4000
Stormville New York 12582

U.S. Court for the
Southern district of New York
Daniel Patrick Moynihan U.S
Courthouse,500 Peal St,N.Y.C.
10007-1312

Date:

I Josh Louder 17 B3288 Under Penalties of Perjury CPLR 2106 makes this Sworn Affidavit Under Personal Knowledge and everything that is said in this Affidavit is accurate and here as followed:

1). Since my arrival at Green Haven G-6-347 on Febuary 12th-2018 and after Mr Girard 11-A-1352 would always Complain about his stomach pains, he showed me Grievances of his (Dr) Korobkova of her being Deliberatly Indifferant to his medical Injury's and everyday he would put down for sick Call and sometimes would not get called.

2). On febuary 24th 2018 he showed me a tissue full of blood that he spit upand said he could not breath he was also rushed to the Infirmary by strecher emergency sick call on the 26th of Febuary 2018 Girard came back from the hospitol and said the doctor did not do anything and did not even see him but signed him out with no treatment.

3). Mr. Girard has been Complaining about his stomach back, and his left shoulder in which he has had surjury on and has not recived Medical treatment he showed me a letter to the nurse admi nistrator (Dr) Bentivegna and the response of (Dr) being Deliberate Indifferant.

4). He has also showed me letters to the Superintendent Griffen and acting and Dep.Collao as well in which he never recived a response and he has even stoped these very same people and Personally told them his problem and they failed to adress his medical problem or help.

This Affidavit is made by my own Choice and not by threat, or promise of any kind it is by my own will to give testimony . I am willing to testify on behalf of Mr. Girard to this Affidavit and the truth of facts that Occurred on the Days of Febuary 24 2018 and 26th of Febuary 2018 before and after.

SWORN TO BEFORE ME THIS

19th DAY OF March, 2018

[signature]

Notary Public

CHRISTINA M PETERSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE6347329
Qualified in Dutchess County
My Commission Expires 08-29-2020

Respectfully Submitted,

x [signature]

Joshua Louder
17-B-3288

- Personally Sworn Affidavit -

Hilbert Stanley
Green Haven C.F
PO Box 4000
Stormville, New York
12582

U.S Court for the Southern District of New York Daniel Patrick Moynihan U.S Courthouse 500 Pearl Street
New York City 10007-1312

Court of Claims State of New York
of Empire State Plaza PO Box 7344
Capitol Station Albany, NY 12224

Date:

I H. Stanley #08A3572 under Penalties of perjury CPLR 2106 makes this Sworn Affidavit, is true and Accurate as followed:

1.) I lock in SHU 2 company 2 gallery 21 cell and on 7/18/19 I was assaulted by Staff here at Green Haven, I have sustained major injurys of lacerations that required stitches to my Right eyebrow due to me being handcuffed behind my back and further assaulted and Sodomized while in handcuffed, I was sexually assaulted by C.O Halsaie who also participated in the assaulted while I was handcuffed. This intrusion was unwanted and caused these individuals to place false charges of violate conduct, assault on staff, refusing a direct order. This is a violation of my 14th and 8th amendment rights.

2.) On 7/31/18 I Heard Correction officers Being Mr. Girard in which he stated he had lacerations in his left and right eye brow he also received stitches in which was also by assault from officers of Green Haven C.F (C.O) Polito, (Sgt) Bilcot, (C.O) Rios in which he was handcuffed they also maced him while beating him he now still has the stitches in his head, eye brow. He has a hard time breathing and walking, they also put fake, false charges ON him to cover up the assault

This Affidavit is made by my own choice and not by threat or promise of anykind it is of my own will to give testimony. I am willing to Testify on Behalf of Mr Girard to this Affidavit and the truth of Facts that occurred ON 7-31-18 assault from staff

Respectfully Submitted
[signature] H. Stanley

Sworn to before me this
21 Day of August 2018
[signature]
Notary Public

ALEXANDRA Y KUINLAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KU6357068
Qualified in Warren County
Commission Expires April 10, 2021

PERSONALLY SWORN AFFIDAVIT

JAMIE BOWMAN 11A1833
GREEN HAVEN C.F
P.O. BOX-4000
STORMVILLE NY 12582

US COURT FOR THE SOUTHERN DISTRICT OF NEW YORK DANIEL PATRICK MOYNIH US COURT HOUSE 500 PEARL ST NYC 10007-1312

DATE-8-13-18

COURT OF CLAIMS ROBERT ABRAMS STATE OF NEW YORK EMPIRE STATE PLAZE P.O BOX-7344 CAPITOL STATION ALBANY NEW YORK 12224

I JAMIE BOWMAN 11A1833 UNDER PENALTIES OF PERJURY UNDER CPLR 2106 MAKES THIS SWORN AFFIDAVIT UNDER PERSONAL KNOWLEDGE AND EVERYTHING THAT IS SAID IN THIS AFFIDAVIT IS TRUE AND ACCURATE AS FOLLOWED.

1) I LOCK IN SHU 2-23 CELL ON 7-31-18 I WAS ASSAULTED BY AND I SUSTAINED INJURY OF A BUSTED NOSE, RIBS & RIGHT PAR OF CHEST IS INJURY'S MY LEFT KNEE & LEFT ELBOW WAS INJURY AS WELL AS A RE-INJURY OF RIGHT ANKLE DUE TO A RECENT OPERATION. THEY ALSO PUT FAKE CHARGES OF ASSAULT ON STAFF.

3) ON 7-31-2018 MR. GIRARD WOULD BE ASSAULTED THE SAME WAY BUT HE WOULD SUSTAIN LACERATION ON BOTH SIDES ON HIS LEFT EYE BROW AND AS WELL RIGHT EYE BROW IN WHICH HE HAS TO RECIEVE STITCHES HIS FACE WAS BRUISED AS WELL AS CUTS ON HIS WRIST FROM BEING IN HAND CUFF AND BLINDED BY MACE AND FURTHER BEAT. DUE TO WHICH HE PUT IN FOR A EMERGENCY SICK-CALL FOR A ON GOING STOMACH INJURY HE, ALSO STILL HAVE THE STITCHES INSIDE HIS EYE STILL TO THIS DAY. WHICH CAUSE PERMINANT SCARS HE LOCK IN 2-25 SHU THEY ALSO PUT FAKE CHARGE OF ASSAULT ON STAFF AND VIOLENT CONDUCT AND DIRECT ORDER BY C.O POLITO.

THIS AFFIDAVIT IS MADE BY MY OWN CHOICE AND NOT BY THREAT OR PROMISE OF ANY KIND IT IS, OF MY OWN WILL TO GIVE TESTIMONY, AND I AM WILLING TO TESTIFY ON BEHALF OF MR GIRARD TO THIS AFFIDAVIT AND THE TRUTH OF FACTS THAT OCCURED OF ASSAULT FROM STAFF ON 7-31-18

SWORN TO BEFORE ME THIS 13 DAY OF August 2018

[signature]

NOTARY PUBLIC PATRICK LEON MCNEIL No. 01MC6324976 Exp. 05/18/2019 BRONX COUNTY STATE OF NEW YORK

RESPECTFULLY SUBMIT

x Jamie Bowman

JAMIE BOWMAN 11A1833
GREEN HAVEN C.F
P.O. BOX - 4000
STORMVILLE N.Y 12582

SWORN Affidavit

DATE - 8-15-18

I JAMIE BOWMAN 11A1833 UNDER PERJURY UNDER [CPLR 2106] MAKES THIS SWOREN Affidavit UNDER PERSONAL KNOWLEDGE & EVERYTHING THAT IS SAID IN THIS AFFIDAVIT IS TRUE & ACCURATE AS FOLLOWED.

1) ON 8-15-18 AROUND 7-8 AM I OBSERVED MR BLOT HAVING A LOUD CONVERSATION IN WHICH SGT BLOT STATED WHY DID YOU DO THAT TO ME, WHY DID YOU BEAT ME UP IN HAND-CUFFS? MR. GIRARD SAID. SGT BLOT STATED YOUR NOT EVEN BUILT LIKE THAT & I'LL PUT MY FOOT IN YOU. THIS AFFIDAVIT IS MADE BY MY OWN CHOICE & WITHOUT PROMISE OR THREAT & I AM WILLING TO GIVE TESTIMONY AND TESTIFY ON BEHALF OF MR GIRARD WHICH HAPPEND ON 8-15-18 OF THREATS FROM SGT BLOT.

SWORN TO BEFORE ME THIS
21 DAY OF AUGUST

[signature]
NOTARY PUBLIC

ALEXANDRA Y KUINLAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KU6357068
Qualified in Warren County
Commission Expires April 10, 2021

Respectfully
[signature] Bowman

9-17-18

David Mead
Green Haven CF
PoBox 4000
Stormville NY 12582

I David Mead under penalty of perjury CPLR 2106 under Personal Knowledge would give this affidavit and all that is said in this affidavit is true and accurate as followed:

on 9-17-2018 I observed (SGt) Kats and (co) colombo try and make 2-2S Girard to cuffs behind his back to go to a hospitol call-out in wich they lied and Stated that their is no wast chains to transport you. mr Girad Stated that he has Injurys from a Prison assult on 7-31-18 of being assaulted in handcuffs behind the back and being handcuffed behind his back would only aggervate his injuries.

This affidavate is by my own will and not by threat of any promise of any kind and I am willing to testify on behalf of mr Girad as to the 9-17-18 attented assualt and med indifferance.

Sworn to befor me this 18 day of September 2018

Respectively Submitted

[signature]

[signature]

Notary

NOTARY PUBLIC
PATRICK LEON MCNEIL
No. 01MC6324978
Exp. 05/18/2019
BRONX COUNTY
STATE OF NEW YORK



All Grievances Including The Grievance Prea to C.O.R.C

Sworn to before me this

7th Day of May, 2021.

Deborah A. Gumbus

Notary Public

Deborah A. Gumbus
Reg. No. 01GU6304688
Qualified in Franklin County
Commission Expires June 2, 2022

Respectfully Submitted,

x

Chauncey Girard 11A1352 2-25 SHU
Green Haven C.F.
P O Box 4000
Stormville New York 12582

RECEIVED
SEP 14 2018
PLSNY - ALBANY

Date: 8-10-2018

Assault and Battery
Retaliation Sexual assault

I GRC-

Upon the above day and Dates that follow at G-348 On the date of 7-31-2018 Am shift I put down for "Emergency Sick Call" Due to a already Documented stomach Injury that enables me to breath Normally (Co) Tomas was the Correction Officer who took the Emergency sick Call Slip Black women 15 minutes later (Sgt) Elmore accompanied by another (co) Polito whiteman fat with Black hair told me at G6 3; to turn around so he could hand cuff me, I told him I have limit rotation in my left shoulder but complied anyways upon being handcu coming out of G6 348 to go to sick Call the white (co) Fat put me on the wall grabed me by my neck and pushed my head on the Call and began to Grope me while he Continued to pat frisk me he put his hand inside my pants and grabed my genitals and said "nice", I tryed to move away but he put his weight from his body on me and I asked (Sgt) Elmore Black with Cornrolls, to the back light skin brown Eyes

for her (SGT) Elmore's name and said you just gonna stand there and be deliberate Indifferent to what just happend, she just gave me her name Upon going off of 6 Company in which 347 Joshua Louder saw the whole incident I still kept myself Composed because I was in alot of pain. Going down the stairs to the second Company I stated I was going to write it up the white (CO) the fat one pulled his pin and tryed to punch me in my face while in handcuffed from the back I tryed to run away from two punches as best as I could to the second company frin 5 gate so others could see, I was then hit by another white skinny (CO) man other than the fat one (Rios) hit my face 2 and three times. In getting hit on both sides then I started to run and they spray me with mace both of them continued to beat me in front of (SGT) Elmore she did nothing to stop (SGT) Blot AKA Glock came to the Incident without a camera and began beating me from 2 Company to the first Company down in front of G Block (SGT) Glock orded the fat white (CO) Polito to drop me on my face with mace in my eyes handcuffed from the back in which busted my eye whide open left side after I start Screaming the three Officers (SGT) Glock and two white (CO) Continued to beat me when I stopped screaming they grabed me and pushed me down the hallway of G Block

Upon the way going to SCU

Grievance Continued 7-31-2018

I said with just one eye open on the corner of building 2 and E block hallway and (Sgt) Clock punched me in my right eye and split it wide open Blood everywhere they Bring me to SHU where I was given Sgt McKay and Baker put in the Shower pictures were taken and I went to the Infirmary they put glue in my left eye laceration I had two lacerations in which cause scaring Bruises all over my body 8th Amendment violation inhumane Cruel and Unusual punishment Retaliation 1st Amendment violations and Failure to protect Deliberate Indifferent and they Put false Charges on me Due to the fact that Medication would go to medication without hand cuffs would give cause to show Retaliation to pending 1483 CV 2626

Resolution #: I want to know the Names of Sgt Cosble hired Skinny (Co) white who came up the stairs to help the Sgt white (Co) with black hair to be held accountable for Sexual and physical assaults that happend on 7-31-20(1) (Sgt) Clock (CBCof), Assault and Battery and SGT Elmore Failure to protect Deliberate Indifference, I want this Grievance to be processed as soon as possible by I GP Shumway Cameras bought to where hand cuffs bodycam

— End of Grievance —



NEW
YORK
STATE
Corrections and
Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

From: Shelley Mallozzi, Director, Inmate Grievance Program

SUBJ: Receipt of Appeal

Date: 6/1/2020

C GIRARD 11A1352
Green Haven Correctional Facility
Your grievance GH-90072-18 entitled
Harassment/Assault
was rec'd by CORC on 5/7/2019

**A disposition will be sent to you after the grievance is reviewed by CORC**

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

GIRARD 11A1352

| NEW YORK STATE Corrections and Community Supervision<br>ANDREW M. CUOMO Governor<br>ANTHONY J. ANNUCCI Acting Commissioner | Grievance Number<br>GH-90072-18 | Desig./Code<br>I/49 | Date Filed<br>08/14/18 |
|---|---|---|---|
| | Associated Cases | | Hearing Date<br>09/10/20 |
| | Facility<br>Green Haven Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Harassment/Assault | | |

**GRIEVANT'S REQUEST UNANIMOUSLY DENIED**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied.

CORC notes that the grievant was involved in an appropriately documented Unusual Incident (UI) and Use of Force (UOF) on 7/31/18 after he assaulted staff. He was decontaminated following the use of chemical agents and seen by medical staff for lacerations to his eyebrows and a scrape to his knee. CORC further notes that the UI/UOF was investigated by the Office of Special Investigations and the investigation was closed as unsubstantiated. CORC advises him to address security concerns to area supervisory staff, at that time, for the most expeditious means of resolution. It is noted that his allegations of sexual assault have been reported in accordance with the Department's PREA guidelines.

CORC notes that the grievance program is not intended to support an adversary process and that no reprisals of any kind shall be taken against an incarcerated individual or employee for good faith utilization of this grievance procedure. An incarcerated individual may pursue a complaint that a reprisal occurred through the grievance mechanism.

CORC notes that the grievant was issued a Tier III misbehavior report for his actions on 7/31/18, which was upheld upon appeal by the Office of Special Housing/Inmate Discipline on 11/28/18. CORC asserts that there is no provision in Directive #4040 for the grievance program to be used as an additional or secondary appeal mechanism for a misbehavior report. CORC advises the grievant that he is solely responsible for his actions while in the Department's custody and to maintain a positive custodial adjustment.

With regard to the grievant's appeal, CORC notes that the investigation was conducted in accordance with Directive #4040 and that he has since been transferred.

RAL/

This document has been electronically signed by Shelley M. Mallozzi

11A1352 C. Girard SHU-25

| NEW YORK STATE Corrections and Community Supervision<br>ANDREW M. CUOMO, Governor<br>ANTHONY J. ANNUCCI, Acting Commissioner | Grievance Number<br>GH-85230-17 | Desig./Code<br>I/22 | Date Filed<br>1/4/17 |
|---|---|---|---|
| | Associated Cases | | Hearing Date<br>8/1/18 |
| | Facility<br>Green Haven Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Change Provider | | |

GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon a full hearing of the facts and circumstances presented in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is accepted in part.

CORC notes that the grievant's complaint has been reviewed by the Division of Health Services' staff who advise that a complete investigation was conducted and that the grievant is receiving appropriate treatment. CORC asserts that he is not entitled to be seen by the health care provider of his choice.

It is noted that GH-84217-16 was answered by CORC on 2/7/18.

CORC recommends that the grievant address any further medical concerns to medical staff via established sick call procedures.

HLK/

This document has been electronically signed by Shelley M. Mallozzi