STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMESDIVISION OF REGIONAL OFFICES
ATTORNEY GENERALWESTCHESTER REGIONAL OFFICE

May 24, 2021(914) 422-8845

May 6, 2021 (914) 422-8845

The Honorable Cathy Seibel
Charles L. Brieant, Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains NY  10601

Re:Girard v. Gutwein
20 CV 5883

Dear Judge Seibel:

   I write in response to the Court's directive to identify the correct name for the defendant "CO Tomas" in this complaint.  Plaintiff described this defendant as an  "African-American, female Sgt. who was assigned to the bubble in G-Block on July 31, 2019 at 10:30 a.m."  Based on this description, the identity of that person is Sgt. Latasha Cobb.

Very truly yours,

Rachel Zaffrann

cc:Chauncey Girard, DIN 11-A-1352
Franklin Correctional Facility
62 Bare Hill Rd.,   P.O. Box 10
Malone,  NY 12953