

RECEIVED

MAR 18 2022

CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

United States District Court
Southern District of New York

————————————————————— X

Chauncey Girard

              Plaintiff,

    -against-

Gutwein et al.

             Defendant(s)

————————————————————— X

Case 20 CV 5883

Court Grant Leave to
Amend only regarding
excluded video and
witnesses

-Amended Complaint-

         - Facts -

    I would have injuries from a previous Excessive Force 12-23-2014 which would inquire Injurer (already Submitted Documents 1-40) I would request Medical Attention all throughout my time at Green Haven and I would be denied my 8th Amendment I also Grieved this fact (See already Submitted Documents 1-5 and 35-40) No permits were Issued and I would recive Perminate Damage on 9-11-2017 which Caused me to put in a 1983 18-CV-2026 to try and resolve this by my protected Conduct

    On the date of 7-31-2018 I would request Emergency Sick Call and I was Inside my Cell when Tina Tomas would state they are Coming to get you. 15 minutes later instead of Medical coming to get me, two Officers and one SGt came (CO) Polito (CO) Elvis and (SGt) Elmore in which I was In my Cell G-Block 348 and they told me I had to get handcuffed I told them about my Shoulder, and my Medical Provider Kisrabova would not order a permit. Regardless of the fact, I was in pain and hurt so I placed the handcuffs on, I wanted to recive the intended treatment I was then taken out of the cell in handcuffs further thrown on the wall in front of 348 and sexually Assaulted by (CO) Polito for 5 mins until I pulled away (see Document 39-4. 20 42) Testimony of Harris, SGt Elmore would watch the whole time the Sexual Assault and failed to do anything to prevent it regardless, of the retaliation 1st Amendment violation and 8th Amendment from requesting Emergency Sick Call I still would go to Sick Call in handcuffs, I just wanted to be treated the Deliberate

(1)

Indifference Did not stop, as I Continued to go I asked the (SGt) Elmore her name, we were on the second Deck moving on about to go to the first Deck Regardless of the Loss of range of motion in my Left shoulder and the sexual Assault for Self Gradification I was Just about to go to the first Deck (Co) Polito pulled his pin and Punched me in the face willfully and Maliciously without Provaction or a couse I tryed to run away to 5 Company So other could See the "Exssevie Force" take place (Co) Elvis would Join in the assault AND Battery and they would Ping Pong me, I would be Punched in the face twice by (Co) Rios (Co) Polito would hit me twice and Once in the Stomach (see Pictures Ex A ) SGt Elmore failed to Give a reasonable Degree of Force that should have been used and watched as the Officers Sprayed me and Continued to beat me with evil intent to harm, all in mechanial Restraints, In which SGt Blot Further Assaulted Once he came he would show no remorse and beat me all the way to SHU adding to the Injuries until loss of Conscienceness ((C) Polito would falsify Document misbehavior reports to cover up the Assaults and beatings acting other then their normal course of their duty's in which they acted on their own personal Interest in which covering up their involvement By acting out of the Scope of there employment (Girard v 94 ST and Fith Ave Corp 530 F.2d at (2d Cir 1976) also see Twombly 550 US at 570, 127 S.Ct 1955 and this to show that these Defendents are liable for the misconduct alleged (Ashcroft v Alybal 556 US 662, 687, 129 Sct 1937, 173 L.ed 2d 868 (2009) Brandon v City of New York 705 F.Supp 2d 261, 270 (SDNY) In which all the officers Knew of the Damage it would Couse and failed to address it by requesting Medical assistance for ongoing Injuries and being assaulted in handcuffs giving false Charges to Cover up Assaults.

## Violation of Due Process

The fact of the matter there was a Assistant Form see Document 39-1 page 28 of 40 in which 11 people were requested to testify on behalf of the 7-31-2018 Assault that took place and out of the 11 offenders only 2 were able to testify. Some were threatened to say no other stated yes and were not called, Due to penalization or worst. Joshua Louder was penalized Due to testify, and was unable to do so, Due to Departure, from these same officers, who still Covered it up and would fail to state why Joshua Louder would not be able to testify, Jague, K would also request to testify and Defendant Gutwein would not state why he could not testify as well Savino v City of New York 331 F3d 63 75 (2d Cir 2003) leaving lesser chance to recive the right Judgement on behalf of the Plaintiff, as well as the Denial of camera footage 192-and 194 it would show the ongoing assaults from Officers in handcuffs and the elevator footage camera 33 as well and the extense of Injuries that would be hidden to oppose the judgement from Defendant Gutwein, in which is still ongoing In which I have still not obtained these Documents, Hurting my chance for rightful Judgement, for false charged. Noonan v New York Police 2018 WL 1738746 in which Hardship became worst by these violations

Edwardo v Gutwein 2021 WL 22910669 SDNY and still is ongoing with other Plaintiffs.

(3)

Case No 20-CV-5883

Wherefore, Due to the, Miscarrage of Judgement
by Defendant Gutwein, and his failure to give the
Due Process Right, of the Plaintiff and produce the
audio and Video of Camera footage Elivator 33, Knowing it
would show the ongoing assault from (SGt) M. Blot and others would
prejudice the Plaintiff and the facts that were Presented
showed that Plaintiff had no way of a fair and Impartial hearing
without the audio and video, of the requested audio and videos in which
he gave EXCESSive Judgement to 150 Days loss of phone, packages, Commissary, SHU
6 month loss of ~~ 6 months Loss of Good time mixed sanctions Violates Due Process
(See Exhibits attached A Notice of Assistance-Assistant Form Document 39-1)
I which these Request were order and never Presented to help the Plaintiff became
A hardship. with Penalties.
        Wherefore, in Conclusion Due to this and the actions of the
Defendents I would still have no right to these Documents and
The Plaintiff would request the money Damages of 5,000,000,00
Dollars.

Sworn to before me this                        Respectfully Submitted

15, Day of March 2022                          X _____
                                                   Chauncey Girard

Mary M Brower
NOTARY Public

MARY M. BROWER
Notary Public, State of New York
No. 01BR6300423
Qualified in Franklin County
Commission Expires March 31, 20 22




STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
GREEN HAVEN CORRECTIONAL FACILITY

NOTICE OF ASSISTANCE – ASSISTANT FORM – PAGE 2

INMATE: **Girard, C**  NUMBER: **11A1352**  CELL: **Shu-2**

TO BE COMPLETED BY ASSISTANT:

I INITIALLY MET WITH THIS INMATE ON **8/13/18** AT **11:15 AM**
                                       (DATE)            (TIME)

HE HAS REQUESTED THE FOLLOWING INMATES AS POTENTIAL WITNESSES:

| NAME: | DIN: | CELL: | AGREES TO TESTIFY: |
|---|---|---|---|
| HARRIS, R. | 95A4995 | G6-343 | YES ✓  NO |
| Jacque, K | 18B1450 | G6-344 | YES ✓  NO |
| McNeil, A | 16A2532 | G6-345 | YES ✓  NO |
| Khan, W | 16A5172 | G6-350 | YES  NO ✗ |
| Brooks, R | 15B3011 | G5-243 | Y  N ✗ |
| Ellis, D. | 15B2507 | G5-244 | Y  N ✗ |

HE HAS REQUESTED THE FOLLOWING OTHER PERSONS AS POTENTIAL WITNESSES:

| | | | |
|---|---|---|---|
| Meyers, D. | 12A0706 | G5-249 | X  N |
| Lauder, J | 17B3288 | A6-351 | Y  N |

CO Roman (ID)  Adam Barta (OMH)
Sgt Elmor

OTHER REQUESTS:                          ACTION TAKEN:
U I                                      ORDERED 8/14/18
Camera Footage Shu 192 & 191 w/mic - 12:15-12:20 M1 & A2 ⟩ Reque
CO Roman pictures of injury                              ⟩ Request
Camera Footage Shu elevator w/mic - 12:15 Camera 33 ⟩ Request
Camera Footage Bldg 2 hallway - No camera
Camera Footage Mental Health area in shu w/mic - 12:45 Camera 16 1/R
All Injury reports pertaing to this incident - U I
Will hand deliver to Girard U I upon receipt (but

TO BE COMPLETED AT CONCLUSION OF ASSISTANCE:

I HAVE INTERVIEWED WITNESSES, ASSISTED AS REQUIRED AND REPORTED TO THE INMATE CHARGED.

ASSISTANCE'S SIGNATURE: _M Holland_ DATE: _8/14/18_ TIME: _1:20_

INMATE'S SIGNATURE: _____ DATE: _____ TIME: _____ ⟩ Refused
                                                           Till he
                                                           gets
INMATE REFUSED TO SIGN WITNESSED BY: _____ DATE: _____ U I

08/11/2018        NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION        PAGE    1
DCP004                 SUPERINTENDENT  HEARING DISPOSITION RENDERED

            GRN HAVN GEN                          TAPE NUMBER _____

DIN: 11A1352 NAME: GIRARD, CHAUNCEY                     LOCATION: SH-UU-025

INCIDENT DATE & TIME:        07/31/2018   12:10 PM    TIER 3

REVIEW DATE:                 08/01/2018          BY:  LT   WILSON, C S

DELIVERY DATE & TIME:   08/11/18 12:35 PM BY: CO  Lewis

HEARING START DATE & TIME: 08/20/18 11:17 AM BY: CHO  Gutwein

HEARING END DATE & TIME:  09/28/18 2:10 PM BY: CHO  Gutwein

WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? (Y) / N
DOES THIS MISCONDUCT MEET THE CRITERIA FOR WORKPLACE VIOLENCE?  (Y) / N
CHARGE
NUMBER        DESCRIPTION OF CHARGES              REPORTED BY           DISPOSITION

104.11    VIOLENT CONDUCT                 CO   POLITO, F J
------    -----------------------------   ----  ---------------------
100.11    ASSAULT ON STAFF
------    -----------------------------
106.10    REFUSING DIRECT ORDER
------    -----------------------------


ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION. IN ADDITION, WHENEVER A CONFINEMENT PENALTY IS BEING
SERVED AND A MORE RESTRICTIVE CONFINEMENT PENALTY IS IMPOSED AS A RESULT OF ANOTHER
HEARING, THE MORE RESTRICTIVE PENALTY SHALL BEGIN TO BE SERVED IMMEDIATELY, AND ANY
TIME OWED ON THE LESS RESTRICTIVE PENALTY SHALL BE SERVED AFTER COMPLETION OF THE
MORE RESTRICTIVE PENALTY PERIOD.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| A000 | SHU | 150 | 07/31/18 | 12/27/18 | | | |
| E000 | Packages | 1 | 09/28/18 | 02/25/19 | | | |
| F000 | Commissary | 1 | 1 | 1 | | | |
| G000 | Phone | 1 | 1 | 1 | | | |
| H000 | GoodTime | 5MO | | | | | |

Chauncy Grand 11A1302
Franklin CF.
Po Box 10
Malone New York 12953

Date: 3-15-2022                                    Case 20 CV 5883

          Hon Cathy Siebel
Southern District of New York

 300 Quaropas Street
White Plains New York 10601


          Dear    Clerk of the court:

     Please be advised that enclosed you will find
the motion that would be to submitted 3-15-2022
by hand do to Lack of Law Library Notarized
the Amended Complaint of Due Process for Detendent
Gutwein excluded video and witnesses please be so
kind as to accept this motion please thank you

                                        Respectfully

CC:

# AFFADAVIT OF SERVICE

**STATE OF NEW YORK** )
                     ) ss:                         Case 20-CV-5883
**COUNTY OF FRANKLIN** )

**NAME OF DOCUMENTS:** Amended Complaint with Exhibits A,B
Assistant Form of Gutwein's violation of Due Process
Amended and Video/audio, and Judgement violation Due
Process to violation of 150, Loss phones package commissary SHU smoke visits
mixed sanctions

I, _Chauncey Grand_, being duly sworn, deposes and says :

That I have on this _15_ day of _March_, 2022, placed and submitted the copies of

the within documents and or moving papers as indicated above, to be duly mailed via the US

Postal Services, through the institutional mailroom here at Franklin CF., 62 Bare Hill Road, PO

Box 10, Malone, New York 12953-0010, in a pre-paid first class wrapper to the following

parties:

Southern District of New York
300 Quarropas Street
White Plains New York 10601

SWORN TO BEFORE ME THIS

_15_ DAY _March_, 2022

_Mary M Brower_
Notary Public

MARY M. BROWER
Notary Public, State of New York
No. 01BR6300423
Qualified in Franklin County
Commission Expires March 31, 20 _22_

_Chauncey Gran_
Franklin Correctional Facility
62 Bare Hill Road, PO Box 10
Malone, New York 12953-0010

NEW YORK STATE

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK  12953

NAME: Chauncey Girard          DIN: 11A353



RECEIVED
MAR 18 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.





SDNY

USM
USM

— Legal Mail —

1060184140 C004

FRANKLIN
CORRECTIONAL FACILITY

neopost
03/16/2022
US POSTAGE $000.73

ZIP 12953
041L11251103

Hon Judge Cathy Siebel
United States Court Southern
District of New York
300 Quarropas Street
White Plains New York

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Chancy Girard                    DIN: 11A1352

♻ Printed On Recycled Paper