UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHAUCEY GIRARD,

                          Plaintiff,

   -against-                                   20-CV-5883 (CS)

MICHAEL BLOT (Sgt.), KAIE LAMANNA (Supt.),
CHAUNTEL ELMORE (Sgt.), FRANK POLITO (CO),
ELVIS RIOS (CO), EDWIN UZU (Dr.), TINA TOMAS
(Jane Doe), AND ERIC GUTTWEIN (Comm.).


                          Defendants
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendant Eric Guttwein by LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Judge Cathy Seibel, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street White Plains, New York 10601, on or before June 15, 2021, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Second Amended Complaint

Dated:  White Plains, New York
          April 29, 2022

                                                 Respectfully submitted,

                                                 LETITA JAMES
                                                 Attorney General of the State of New York
                                                 BY:

                                                 *Rachel Zaffrann*
                                                 Deputy Assistant Attorney General
                                                 New York Attorney General's Office
                                                 44 South Broadway, 5th Floor
                                                 White Plains, NY 10601