UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAUCEY GIRARD,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>MICHAEL BLOT (Sgt.), KAIE LAMANNA (Supt.), CHAUNTEL ELMORE (Sgt.), FRANK POLITO (CO), ELVIS RIOS (CO), EDWIN UZU (Dr.), TINA TOMAS (Jane Doe), AND ERIC GUTTWEIN (Comm.).<br><br>　　　　　　Defendants | NOTICE OF APPEARANCE<br><br>Index No. 20-CV-5883 (CS) |

To: The clerk of court and all parties of record

　　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Chauncey Girard.

Dated:　New York, New York
　　　　　July 11, 2022

Rickner PLLC

By:　　　　/s/

　　Rob Rickner

14 Wall Street, Suite 1603
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*

Served via ECF on:
All Parties of Record