STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

July 26, 2023                    (914) 422-8845

The Honorable Cathy Seibel
Charles L. Brieant, Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains NY  10601

Re:    Girard v. Gutwein
       20 CV 5883

Dear Judge Seibel:

Attached please find the affidavits of Rachael Seguin, Director, Incarcerated Grievance Program, and Lauran Stanaway, Incarcerated Grievance Program Supervisor at Green Haven Correctional Facility, explaining the process for the production of grievances in this case.

Very truly yours,

*Rachel Zaffrann*

Rachel Zaffrann
Deputy Assistant Attorney General