UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHAUNCEY GIRARD,

                            Plaintiff,

            - against -

ERIC GUTWEIN, FRANK POLTCO,
JAMIE LAMANNA, TINA TOMAS,
CHAUNTEL ELMORE, ELVIS RIOS,
MICHAEL BLOT, AND EDWIN UZU,

                            Defendants.
-----------------------------------------------------------X

Laura A. Stanaway, being duly sworn, swears the under penalties of perjury, the following:

1. I am currently employed by the New York State Department of Corrections and Community Supervision (DOCCS) at Green Haven Correctional Facility as the Incarcerated Grievance Program Supervisor. I have been in this position since 2014. I began my career with DOCCS in 2006 as a Keyboard Specialist I, and was promoted to my current position in 2014.

2. As the Incarcerated Grievance Program Supervisor, my job responsibilities are to insure that the incarcerated grievance process conforms to DOCCS directives. As part of my job, I maintain and am custodian of all records related to the grievances filed by incarcerated individuals at Green Haven Correctional Facility in the current year and four years prior. These records are maintained within the IGRC (Inmate Grievance Resolution Committee) Office at Green Haven Correctional Facility.

3. In late June 2023, I received a request to search for certain grievances maintained by the IGRC Office. I reviewed the list and provided the grievance packets for the following grievances:

```
GH  91632-19
GH  91395-19
GH  91162-19
GH  91120 – 19
GH  90845 – 18
GH  89505 – 18
GH  89403 – 18
GH  0858 – 22
GH  0525 – 21
Attica 0493-22
```

Date: Stormville, NY
July 25, 2023

_____
Laura A. Stanaway

On the 26 day of July in the year 2023, before me, the undersigned, a Notary Public in and for said State, personally appeared Laura A. Stanaway, personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person or entity upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Melissa M. Pickett
Notary Public, State of New York
Reg. No. 01PI6411972
Qualified in Dutchess County
My Commission Expires 01/25/2025

2