

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

October 20, 2023     (914) 422-8845

The Honorable Cathy Seibel
Charles L. Brieant, Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains NY  10601

   Re: <u>Girard v. Gutwein</u>
     20 CV 5883

Dear Judge Seibel:

  I write to advise the Court that Defendants do not intend to file a motion for summary judgment on this case.

Very truly yours,

*<u>Rachel Zaffrann</u>*
Rachel Zaffrann

The court will hold a conference on 11/21/23 at 10:45 am to set a schedule for pre-trial submissions and trial. Counsel should be prepared with their availability and that of their witnesses.

SO ORDERED.

10/20/23

*[signature]*
CATHY SEIBEL, U.S.D.J.