UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHAUCEY GIRARD,

                                        Plaintiff,

      -against-                                  20-CV-5883 (CS)

MICHAEL BLOT (Sgt.), KAIE LAMANNA (Supt.),
CHAUNTEL ELMORE (Sgt.), FRANK POLITO (CO),
ELVIS RIOS (CO), EDWIN UZU (Dr.), TINA TOMAS
(Jane Doe), AND ERIC GUTTWEIN (Comm.).


                                  Defendants
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendants Michael Blot, Frank Polito, Elvis Rios and Chauntel Elmore submit this motion *in limine* seeking various evidentiary rulings in advance of the jury trial scheduled to commence on May 6, 2024, in the United States District Court for the Southern District of New York in White Plains, New York.

Dated:  White Plains, New York
          January 22, 2024

                                                        Respectfully submitted,

                                                        LETITA JAMES
                                                        Attorney General of the State of New York
                                                        BY:

                                                        *__Rachel Zaffrann__*
                                                        Deputy Assistant Attorney General
                                                        New York Attorney General's Office
                                                        44 South Broadway, 5th Floor
                                                        White Plains, NY 10601